UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
TELE-GUÍA TALKING YELLOW
PAGES, INC.

    Plaintiff,

    v.

CABLEVISION SYSTEMS
CORPORATION,

    Defendant.
---------------------------------------------------------- X

Civil Case No.: 07-civ

ECF CASE

TRIAL BY JURY DEMANDED

*JUDGE COTE*

**07 CIV. 3948**

FILED MAY 21 2007 USDC WP SDNY

## FEDERAL RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental) party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated: Scarsdale, New York
      May 21, 2007

Respectfully submitted,

**LACKENBACH SIEGEL LLP**

By: _____
Robert B. Golden (RG 6157)
Howard N. Aronson (HA-6743)
One Chase Road
Scarsdale, New York 10583
(914) 723-4300
(914) 723-4301 (fax)
*Attorneys for Plaintiff*