Tele-Guia Talking Yellow Pages, Inc, et. al., Plaintiff(s)
vs.
Cablevision Systems Corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  083688-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

—Cablevision Systems Corporation
Court Case No. 07-cv-3948-DLC

LACKENBACH, SIEGEL, MARZULLO, ET AL
Ms. Nicole Saraco
One Chase Road
Scarsdale, NY 10583

State of: NEW YORK ) ss.
County of: SUFFOLK )

| | |
|---|---|
| Name of Server: | ROBERT GILLIS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 12 day of JUNE, 20 07, at 11:50 o'clock A M |
| Place of Service: | at 111 Stewart Avenue, in Bethpage, NY 11714-3581 |
| Documents Served: | the undersigned served the documents described as: Summons in a Civil Case; Complaint; Federal Rule Statement; Civil Cover Sheet; Individual Practices of United States District Judge Denise L. Cote; Individual Practices of United States Magistrate Judge Nathaniel Fox; USDC/SDNY Instructions; Procedures; Guidelines for Filing an Electronic Case or Appeal |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: Cablevision Systems Corporation |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: MARIE MASTROIANNI, AUTHORIZED AGENT |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color WHITE ; Hair Color RED ; Facial Hair ____ Approx. Age 40-45; Approx. Height 5'6" ; Approx. Weight 150 ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. *(signature)* Signature of Server ROBERT GILLIS APS International, Ltd. | Subscribed and sworn to before me this 14 day of JUNE, 20 07 *(signature)* Notary Public  (Commission Expires) |

VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 29, ___