IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br><br>    Defendant. | Case No. 1:07-cv-3948-DLC<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

Please enter the appearance of Benjamin Hershkowitz, of Goodwin Procter LLP, as counsel for Defendant Cablevision Systems Corporation in the above-captioned matter. I certify that I am admitted to practice in this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, NY<br>June 25, 2007 | GOODWIN PROCTER LLP<br><br> /s/ Benjamin Hershkowitz <br>Benjamin Hershkowitz (BH 7256)<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8800 (tel.)<br>(212) 355-3333 (fax)<br>bhershkowitz@goodwinprocter.com<br><br>Attorneys for Defendant<br>Cablevision Systems Corporation |

4606500

**CERTIFICATE OF SERVICE**

  I, Benjamin Hershkowitz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2007.

                   */s/ Benjamin Hershkowitz*