## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TELE-GUIA TALKING YELLOW PAGES, INC.,

    Plaintiff,

    v.

CABLEVISION SYSTEMS CORPORATION,

    Defendant.

Case No. 1:07-cv-3948-DLC

Jury Trial Demanded

## DEFENDANT CABLEVISION SYSTEMS CORP.'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO
## ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Cablevision Systems Corp. ("CSC") moves this Court to extend the deadline to answer or otherwise respond to Plaintiff's Complaint to August 1, 2007.

Plaintiff served CSC with the Complaint on June 12, 2007. The present deadline for CSC to answer or otherwise respond is July 2, 2007. Plaintiff and CSC have agreed, subject to Court approval, that this deadline should be extended 30 days, making the new deadline August 1, 2007.

CSC accordingly moves the Court to extend the deadline for CSC to answer or otherwise respond to Plaintiff's Complaint to August 1, 2007.

Respectfully submitted,

Dated: New York, NY
   June 25, 2007

GOODWIN PROCTER LLP

_/s/ Benjamin Hershkowitz_____
Benjamin Hershkowitz (BH 7256)
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (tel.)
(212) 355-3333 (fax)
bhershkowitz@goodwinprocter.com

Attorneys for Defendant
Cablevision Systems Corporation

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin Hershkowitz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2007.


*/s/ Benjamin Hershkowitz*