IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br><br>   Defendant. | Case No. 1:07-cv-3948-DLC<br><br>**UNOPPOSED** |

### [PROPOSED] ORDER

The Court having considered Defendant Cablevision Systems Corporation's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, hereby GRANTS the motion.

It is therefore ORDERED that Defendant Cablevision Systems Corporation shall answer or otherwise respond to Plaintiffs Complaint on or before August 1, 2007.


SO ORDERED:


Dated: _____,2007

_____
Honorable Denise L. Cote
United States District Court Judge
Southern District of New York