IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | Case No. 07-cv-3948-DLC <br><br> Jury Trial Demanded |

### DEFENDANT CABLEVISION SYSTEMS CORPORATION'S
### FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b)(1), the undersigned counsel for Defendant Cablevision Systems Corporation certify that Cablevision Systems Corporation is a publicly held corporation with no parent corporation and whose common stock trades on the New York Stock Exchange under the symbol "CVC." The following publicly held corporation owns 10% or more of Cablevision Systems Corporation's stock: Legg Mason, Inc. (through Clear Bridge Advisors LLC, Smith Barney Fund Management LLC, and Clear Bridge Asset Management Inc. as a group).

4607076

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, NY<br>June 25, 2007 | GOODWIN PROCTER LLP<br><br>  /s/ Benjamin Hershkowitz<br>Benjamin Hershkowitz (BH 7256)<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8800 (tel.)<br>(212) 355-3333 (fax)<br>bhershkowitz@goodwinprocter.com<br><br>Attorneys for Defendant<br>Cablevision Systems Corporation |

4607076                                                     2

**CERTIFICATE OF SERVICE**

    I, Benjamin Hershkowitz, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 25, 2007.

                                                                                        */s/ Benjamin Hershkowitz*