IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07
```

TELE-GUIA TALKING YELLOW PAGES, INC.,

Plaintiff,

v.

CABLEVISION SYSTEMS CORPORATION,

Defendant.

Case No. 1:07-cv-3948-DLC

Jury Trial Demanded

**MEMO ENDORSED**

### DEFENDANT CABLEVISION SYSTEMS CORP.'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Cablevision Systems Corp. ("CSC") moves this Court to extend the deadline to answer or otherwise respond to Plaintiff's Complaint to August 1, 2007.

Plaintiff served CSC with the Complaint on June 12, 2007. The present deadline for CSC to answer or otherwise respond is July 2, 2007. Plaintiff and CSC have agreed, subject to Court approval, that this deadline should be extended 30 days, making the new deadline August 1, 2007.

CSC accordingly moves the Court to extend the deadline for CSC to answer or otherwise respond to Plaintiff's Complaint to August 1, 2007.

*Granted.*

*[signature]*
*June 28, 2007*

4607902

                                                Respectfully submitted,

Dated: New York, NY            GOODWIN PROCTER LLP
       June 25, 2007

                                        */s/ Benjamin Hershkowitz*
                                        Benjamin Hershkowitz (BH 7256)
                                        599 Lexington Avenue
                                        New York, NY 10022
                                        (212) 813-8800 (tel.)
                                        (212) 355-3333 (fax)
                                        bhershkowitz@goodwinprocter.com

                                        Attorneys for Defendant
                                        Cablevision Systems Corporation