UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | 07-cv-3948-DLC <br><br> **Jury Trial Demanded** <br><br> ECF Case |

PLEASE TAKE NOTICE THAT Defendant Cablevision Systems Corporation ("CSC") requests that this court grant CSC's motion, pursuant to Fed. R. Civ. P. 12(b)(7), to dismiss Plaintiff Tele-Guia Talking Yellow Pages, Inc.'s ("Tele-Guia") patent infringement action without prejudice.  As grounds for this motion, set forth more fully in the accompanying memorandum, CSC states that Tele-Guia is not the sole owner of either of the patents-in-suit and that dismissal is appropriate because the joint owners cannot be joined in this action.

PLEASE TAKE FURTHER NOTICE that CSC intends to rely upon its *Memorandum of Law in Support of its Motion to Dismiss* and accompanying *Declaration of Benjamin Hershkowitz In Support of Cablevision Systems Corporation's Motion to Dismiss*, which are attached hereto and submitted herewith.

PLEASE TAKE FURTHER NOTICE that CSC has prepared, and hereby submits, a draft *[Proposed] Order* for consideration by the Court.

PLEASE TAKE FURTHER NOTICE that CSC requests oral argument.

Dated: August 1, 2007                    Respectfully submitted,


                                         _____/s/ Benjamin Hershkowitz_
                                         Benjamin Hershkowitz (BH 7256)
                                         GOODWIN PROCTER LLP
                                         599 Lexington Avenue
                                         New York, NY 10022
                                         (212) 813-8800 (tel.)
                                         (212) 355-3333 (fax)
                                         bhershkowitz@goodwinprocter.com

                                         Attorneys for Defendant
                                         Cablevision Systems Corporation