UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | 07-cv-3948-DLC <br><br> **Jury Trial Demanded** <br><br> **ECF Case** |

### [PROPOSED] ORDER

It is hereby ORDERED that Plaintiff Tele-Guia Talking Yellow Pages, Inc.'s Complaint is DISMISSED WITHOUT PREJUDICE.

It is hereby ORDERED that Plaintiff Tele-Guia Talking Yellow Pages, Inc. must provide the Court with adequate proof of exclusive ownership of United States Patent Nos. 5,187,735 and 5,479,491, or join all parties with a joint ownership interest in these patents, prior to the filing of any patent infringement action involving these patents against Defendant Cablevision Systems Corporation.

Dated: _____

                                                                                  _____
Hon. Denise Cote
United States District Judge