UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | 07-cv-3948-DLC <br><br> **Jury Trial Demanded** <br><br> **ECF Case** |

**DECLARATION OF BENJAMIN HERSHKOWITZ IN SUPPORT OF CABLEVISION SYSTEMS CORPORATION'S MOTION TO DISMISS**

I, Benjamin Hershkowitz, declare as follows:

1. I am a partner at Goodwin Procter LLP, 599 Lexington Avenue, New York, New York 10022, and represent Cablevision Systems Corporation in this Action. I submit this Declaration in support of *Cablevision Systems Corporation's Motion to Dismiss*.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,187,735.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 5,479,491.

4. Attached hereto as Exhibit C is a true and correct copy of printout from the United States Patent and Trademark Office website at http://www.uspto.gov/web/offices/pac/doc/general/assign.htm

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from the 2005 American Intellectual Property Law Association Economic Survey.

6. Attached hereto as Exhibit E is a true and correct copy of the 1999 Assignment between Tele-Guia Talking Yellow Pages, Inc. and Micron Technology, Inc. as obtained from the United States Patent and Trademark Office.

7. Attached hereto as Exhibit F is a true and correct copy of the 2003 Settlement Agreement between Tele-Guia and Liberty Cablevision of Puerto Rico, Inc. as obtained from the United States Patent and Trademark Office.

8. Attached hereto as Exhibit G is a true and correct copy of Tele-Guia's Certification of Incorporation.

9. Attached hereto as Exhibit H is a true and correct copy of the certified English translation of Tele-Guia's Certificate of Incorporation.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 1ST DAY OF AUGUST, 2007.

                /s/ Benjamin Hershkowitz
                Benjamin Hershkowitz (BH 7256)
                GOODWIN PROCTER LLP
                599 Lexington Avenue
                New York, NY 10022
                (212) 813-8800 (tel.)
                (212) 355-3333 (fax)
                bhershkowitz@goodwinprocter.com