Exhibit B

# United States Patent [19]

**Herrero Garcia et al.**

[11] **Patent Number:** 5,479,491

[45] **Date of Patent:** Dec. 26, 1995

[54] **INTEGRATED VOICE-MAIL BASED VOICE AND INFORMATION PROCESSING SYSTEM**

[75] Inventors: **Jose E. Herrero Garcia; Carlos R. Jimenez Rodriguez**, both of Guaynabo, Puerto Rico

[73] Assignee: **Tele Guia Talking Yellow Pages**, Guaynabo, Puerto Rico

[21] Appl. No.: **357,769**

[22] Filed: **Dec. 16, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 8,707, Jan. 25, 1993, abandoned, which is a continuation of Ser. No. 517,665, May 1, 1990, Pat. No. 5,187,735.

[51] Int. Cl.[6] ........................................ H04M 1/64
[52] U.S. Cl. ............................... **379/88**; 379/67; 379/93; 379/211; 379/212; 379/100; 348/7
[58] Field of Search .............................. 379/67, 88, 89, 379/84, 211, 212, 213, 214, 399, 355, 86, 92, 93, 100; 348/7

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,614,328 | 10/1971 | McNaughton . |
| 4,071,697 | 1/1978 | Bushness et al. . |
| 4,096,363 | 6/1978 | Earp ...................................... 379/399 |
| 4,367,548 | 1/1983 | Cotten, Jr. et al. . |
| 4,451,700 | 5/1984 | Kempner et al. . |
| 4,554,418 | 11/1985 | Toy . |
| 4,558,318 | 12/1985 | Katz et al. .................... 340/825.34 |
| 4,612,416 | 9/1986 | Emerson et al. . |
| 4,625,081 | 11/1986 | Lotito et al. ......................... 379/88 |
| 4,640,991 | 2/1987 | Matthews et al. .................. 379/84 |
| 4,646,346 | 2/1987 | Emerson et al. . |
| 4,651,150 | 3/1987 | Katz et al. ...................... 340/825.34 |
| 4,659,877 | 12/1987 | Dorsey et al. . |
| 4,700,378 | 12/1987 | Brown . |
| 4,710,995 | 12/1987 | Kauffman ........................... 379/92 |
| 4,716,583 | 12/1987 | Groner et al. . |
| 4,734,931 | 3/1988 | Bourg et al. . |
| 4,739,322 | 4/1988 | Katz et al. ...................... 340/825.34 |

| | | |
|---|---|---|
| 4,757,267 | 7/1988 | Riskin ................................ 379/113 |
| 4,788,682 | 11/1988 | Vij et al. . |
| 4,790,003 | 12/1988 | Kepley et al. . |
| 4,792,968 | 12/1988 | Katz ................................... 379/92 |

(List continued on next page.)

### OTHER PUBLICATIONS

Blount, "Talking Yellow Pages," *Target Marketing,* vol. 10, No. 10, p. 40, Oct. 1987.
"Interactive Voice Information System" and other publications, Brite Voice Systems, Inc. 1989.
"Net Launches Enhanced Services With Uniform Interface," *Boc Week,* vol. 6, No. 27, p. 2, Jul. 17, 1989.
Voice Processing: "Defining Terms" and other articles, *Teleconnect,* pp. 64–108, Apr. 1989.
*Advertising Age,* p. 35, "Shoppers tune in national cable network," Michael Kaplan, Clearwater, Fla., Mar. 6, 1986.

(List continued on next page.)

*Primary Examiner*—Jeffery A. Hofsass
*Assistant Examiner*—Fan Tsang
*Attorney, Agent, or Firm*—Nixon & Vanderhye

[57] **ABSTRACT**

An innovative "one-stop" full service telephone call/communications handling system combining voice mail, voice recognition, database handling and networking features into an integrated system provides highly cost effective solutions for even small organization and individual users. A voice mail system is programmed to automatically answer incoming telephone calls from incoming sources, and offers callers different options depending upon the number they call in on. Some incoming telephone lines are dedicated to particular services or types of callers, while other incoming lines provide a more general public interface for a variety of services offered by the system. The system of the present invention provides a more generalized interface offering callers a variety of different functions/operations/capabilities, including electronic yellow pages, long distance credit card calling services, voice mail and voice conversion, one-stop travel arrangements, and high quality voice mail audio prompts.

**12 Claims, 19 Drawing Sheets**



**5,479,491**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,809,321 | 2/1989 | Morganstein et al. | 379/211 |
| 4,812,843 | 3/1989 | Champion, III et al. | |
| 4,816,824 | 3/1989 | Katz et al. | 340/825.34 |
| 4,837,797 | 6/1989 | Freeny, Jr. | |
| 4,837,798 | 6/1989 | Cohen et al. | 379/88 |
| 4,845,739 | 7/1989 | Katz | 379/92 |
| 4,852,154 | 7/1989 | Lewis et al. | 379/105 |
| 4,910,767 | 3/1990 | Brugliera et al. | 379/355 |
| 4,926,462 | 5/1990 | Ladd et al. | 379/67 |
| 4,930,150 | 5/1990 | Katz | 379/93 |
| 4,932,046 | 6/1990 | Katz et al. | 379/32 |
| 4,939,773 | 7/1990 | Katz | 379/204 |
| 4,987,590 | 1/1991 | Katz | 379/204 |
| 5,003,384 | 3/1991 | Durden et al. | 358/84 |
| 5,014,298 | 5/1991 | Katz | 379/93 |
| 5,016,270 | 5/1991 | Katz | 379/92 |
| 5,048,075 | 9/1991 | Katz | 379/92 |
| 5,073,929 | 12/1991 | Katz | 379/93 |
| 5,091,933 | 2/1992 | Katz | 379/204 |
| 5,109,404 | 4/1992 | Katz et al. | 379/88 |
| 5,128,984 | 7/1992 | Katz | 379/92 |
| 5,151,782 | 9/1992 | Ferraro | 358/86 |
| 5,185,787 | 2/1993 | Katz | 379/204 |
| 5,218,631 | 6/1993 | Katz | 379/88 |
| 5,220,501 | 6/1993 | Lawlor et al. | 379/90 |
| 5,224,153 | 6/1993 | Katz | 379/93 |

## OTHER PUBLICATIONS

News Release, DM News, "Home Shopping Network Offers Incentives To Cable Operators That Carry Its Programs," Clearwater, Fla., Apr. 1, 1986.

*Business Week,* p. 35, "Don't Touch That Dial–You Might Miss a Bargain," Mark Ivey et al., Jun. 2, 1986.

*The New York Times,* Section D; p. 1, col. 3; Financial Desk, "Going To The Mall On Cable TV," Peter J. Boyer, Jun. 13, 1986.

News Release, Business Wire, "HOME–SHPPNG–NETWRK; (HSN) Home Shopping Network and MCA TV join forces to release first ever home shopping game show strip," Clearwater, Fla., Dec. 18, 1986.

New Release, DM News, "Home Shopping Networks Turn to New Systems and Celebrities to Help Them through '2nd Stage'," Dan Abramson, New York, May 15, 1987.

*Discount Store News Information Access Company,* vol. 26, p. 1, "HSN turns on TV shopping game; Eyes $1 billion in sales from show Home Shopping Network launched The Home Shopping Game," Arthur Markowitz, Jun. 22, 1987.

Blankenhorn, "The Gateway Connection," *Sky,* p. 56, Aug. 1989.

"The Boom Has Begun" and other articles, *Teleconnect,* pp. 61–119, & 128–155, Apr. 1988.

"Dytel Automated Attendant Exchange System Improves Productivity, Response to Incoming Calls and Operator Flexibility in the Office," *Caribbean Business,* Sep. 28, 1989.

Centrigram sales literature including: "Media Information," Receptionist II, VoiceMemo System Highlights–Release 5.0, Mesa–Net, Voice Memo II, Who Needs It . . . Voice–Memo II, Application Notes United Telephone of Florida . . . , Adding Voice Messaging . . . , and *VoiceMemo Installation and Maintenance Manual,* Centigram Corp. pp. 25–28, 39–42, and 75–76, San Jose, Calif., Aug. 1989.

Centigram media information: "Centigram Corporation Announces VoiceMemo Software Release 5.01," San Diego, Calif., 2 pp, Sep. 26, 1989; Nynex Selects Centigram's VoiceMemo II Voice Processing System for Central Office Use, San Jose, Calif., 2 pp., Sep. 11, 1989; Centigram Communications Corporation, 8 pp, Mar. 1990; Corporate Highlights, 3 pp. Mar. 1990; and Centigram Corporation and Voice–Tel Sign $15 Million Voice Messaging Network Agreement, San Jose, Calif., 4 pp, Feb. 2, 1990.

"Voice–Tel Franchises Voice Memo Offers Nationwide Digital Network," Voice Memos, *News and Trends in Voice Messaging Technology and Products,* vol. 1, No. 5, pp. 1–4, Jan./Feb. 1990.

"Speech Plus, Inc. Corporate Highlights," CallText Voice Gateway System, CallText VGS, CallText VGS/x, CallText VGSdv, Audio EMAIL, Automated Toll Investigation System, Audio Locator, Audio Dispatch, publications of *Speech Plus Inc.,* Sunnyvale, Calif., 1988.

Moccardi, "The Compleat Guide to ACDs, 1988," *Teleconnect,* p. 128, Apr. 1988.

Octel Communications Corporation News Release, "Octel Communications Announces 2,304–Port Voice Processing Platform For Voice Information Services Market," Milpitas, Calif., Jan. 10, 1990.

"A Medium In Search of a Message?; Home Shopping Network, Despite Roller–Coaster Past, Still a Made for TV Drama," *The Washington Post,* J. Knight, Jun. 5, 1988.

Forman, "Buy–by–TV boom: a strong signal; Home Shopping Network," *Women's Wear Daily,* vol. 132, p. S28, Sep. 4, 1986.

News Release, DM News, "New National Attempt At Home Shopping Will Be Launched On Cable Television in July," Jun. 1, 1985, Clearwater, Fla.

News Release, DM News, "A Second Home Shopping Network Will Debut On Cable TV In March; Geared Toward High–Tech," Jan. 15, 1986, Clearwater, Fla.



*Fig. 1*



*Fig. 1A*



*Fig. 2*

*Fig. 3*





*Fig. 4*



*Fig. 5*

START

ANSWER CALL
ROUTED FROM
PBX — 460

PROVIDE VOICE
PROMPT IF
APPROP.; RECEIVE
CALLER SELECTION — 462

OBTAIN TEXT FROM
APPROPRIATE HOST — 464

CONVERT TEXT
TO VOICE — 466

GENERATE PROMPT
AND RECEIVE CALLER
SELECTION — 468

470

YES ◄─── MORE
INFO
REQUESTED?

NO

"HOOK-FLASH",          (TRANSFER CALL)
DIAL DEST.,
HANG UP — 472

END

*Fig. 6A*

```
┌─────────────────────────────┐
│ USER DIALS PHONE NO.        │── 802
│ MULTIPLE SERVICES           │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────┐
│ PBX DIRECTS INCOMING CALL   │
│ AS "DIL/DEPARTMENTAL HUNTING"│── 804
│ TO VM'S PORTS DEDICATED TO   │
│ MULTIPLE SERVICES.           │
└─────────────────────────────┘
              │
              ▼
┌─────────────────────────────────────┐
│ VMS ANSWERS "WELCOME TO INFOGUIA...  │
│ ...YOU MAY DIAL THE NAME OR NUMBER OF│
│ THE SERVICE...                       │
│  . FOR BANK SERVICES DIAL        y1  │── 806
│  . FOR ............. DIAL        y2  │
│  . FOR ............. DIAL        y3  │
│  . FOR LONG DISTANCE CALLS DIAL  y4  │
└─────────────────────────────────────┘
              │
              ▼
        ┌──────────────────┐
        │ USER DIALS  y4   │── 808
        └──────────────────┘
              │
              ▼
┌─────────────────────────────────────┐
│ VMS AFTER HOOK-FLASH DIALS MASTER NUMBER │
│ OF GROUP OF EXT'S CONNECTED TO THE VCS,  │
│ WAITS FOR "DIAL TONE", AND DIALS THE     │── 810
│ APPLICATION CODE FOR LONG DISTANCE CALLS │
│ WITH C.C.                                │
└─────────────────────────────────────┘
              │
              ▼
┌─────────────────────────────────────┐
│ VCS ANSWERS "WELCOME TO LONG DISTANCE│
│ CALLS SERVICES ... IF YOU WANT TO MAKE A│
│  . INTERNATIONAL CALL DIAL    x1     │── 812
│  . CALL TO USA DIAL           x2     │
│  . CALL TO P.R. DIAL          x3     │
└─────────────────────────────────────┘
              │
              ▼
        ┌──────────────────┐
        │ USER DIALS  x2   │── 814
        └──────────────────┘
              │
              ▼
┌─────────────────────────────────────┐
│ VCS ASK FOR "CREDIT CARD TYPE"       │── 816
│  . FOR AMERICAN EX DIAL       1      │
│  . FOR MASTER CARD DIAL       2      │
│  . FOR VISA DIAL              3      │
│  . FOR ............DIAL       4      │
└─────────────────────────────────────┘
              │
              ▼
           ( A )    TO FIG. 6B
```



FROM FIG. 6A

*Fig. 6B*

A

USER DIALS 2 — 818

VCS ASK FOR CREDIT CARD NUMBER — 820

USER DIALS "CREDIT CARD NUMBER" — 822

VCS ASKS FOR "MONTH AND YEAR OF EXPIRATION DATE" OF THE CREDIT CARD — 824

USER DIALS MONTH AND YEAR OF EXPIRATION DATE — 826

VCS CONNECTS TO GENERAL ELECTRIC COMPUTER CENTER. — 828

VCS, ONCE THE APPROVAL NUMBER IS RECEIVED, THE CUSTOMER IS INVITED TO DIAL AREA CODE AND PHONE NUMBER TO BE REACHED — 830

VCS AFTER A HOOK-FLASH, WAITS FOR DIAL TONE AND DIALS "9, AREA CODE, PHONE NUMBER" AND TRANSFERS THE CALL TO THE CUSTOMER, AS SOON AS IT DETECTS THAT THE CALL HAS BEEN ANSWERED AND ADVISES THE CALLER TO HANG-ON THE LINE... — 832

836

PBX CONNECTS THE CALLER TO THE CALLED NUMBER AS A "TRUNK-TO-TRUNK TRANSFER" AND SHOULD BE ABLE TO PROVIDE A TONE AND DISCONNECT THE CALL AT A PREDEFINED TIME. (ALLOW TRUNK-TO-TRUNK CALLS FOR A PREPROGRAMMED MAXIMUM OF TIME.) PBX PROVIDE RECORD FOR EACH CALL.

834

VCS WILL KEEP A RECORD WITH THE FOLLOWING INFORMATION:
. CREDIT CARD NUMBER AND CREDIT CARD TYPE
. DATE AND TIME AT WHICH THE CALL WAS COMPLETED
. AREA CODE AND PHONE NUMBER
. PRICE OF THE CALL
REPORTS OF THESE TRANSACTIONS COULD BE OBTAINED, WHEN REQUESTED.



*Fig. 7A*

USER DIALS PHONE NO.
800-XXX-ZZZZ — 850

PBX DIRECTS INCOMING CALL AS
"DIL/DEPARTMENTAL HUNTING"
TO VM'S PARTS DEDICATED TO
TOURISM APPLICATIONS — 852

854

VMS ANSWERS "WELCOME TO TOURISM
SERVICE CENTER... YOU MAY DIAL
THE NAME OR NUMBER OF THE SERVICE..."
. FOR RESERVATION DIRECTLY FROM HOTEL DIAL              x1
. FOR RESERVATION DIRECTLY FROM TRAVEL AGENCY DIAL     x2
. FOR RESERVATION DIRECTLY FROM CAR RENTAL AGENCY DIAL x3
. FOR AUTORESERVATION AT THIS CENTER DIAL              x4

VMS FOR APPLICATIONS x1, x2 AND x3;
AFTER A HOOK-FLASH DIALS "9 - PHONE
NUMBER STORED SPECIFICALLY FOR EACH
APPLICATION, AND TRANSFERS THE CALL
TO THE CUSTOMER AS SOON AS IT DETECTS
THAT THE CALL HAS BEEN ANSWERED AND
ADVISES THE CALLER...TO HANG ON THE
LINE...
856

858

USER DIALS  x4

VMS AFTER A HOOK-FLASH DIALS MASTER
NUMBER OF GROUP OF EXT'S CONNECTED
TO THE VCS, WAITS FOR "DIAL TONE",
AND DIALS THE APPLICATION CODE FOR
TOURISM SERVICE CENTER — 860

VCS ANSWERS "WELCOME TO THE TOURISM
SERVICE CENTER...IF YOU WANT
. HOTEL RESERVATIONS DIAL        x1
. .................. DIAL        x2
. CAR RESERVATIONS DIAL          x3" — 862

( B )    FIG. 7B



FROM FIG. 7A

*Fig. 7B*

864 — USER DIALS x1

VCS ANSWERS "WELCOME TO THE HYATT RESERVATION
SYSTEM...PLEASE ENTER ROOM OPTION...
. FOR SINGLE ROOM DIAL        x1
. FOR .......... DIAL         x2
. FOR .......... DIAL         x3
. FOR A SUITE DIAL            x4"

866

USER DIALS  x4 — 868

VCS ASKS FOR "HOW MANY DAYS
TO STAY IN.." — 870

USER DIALS "NUMBER OF DAYS" — 872

VCS ASKS FOR ARRIVAL DATE
"MONTH/DAY/YEAR" — 874

USER DIALS "MONTH/DAY/YEAR" — 876

878

VCS ASKS FOR DEPARTURE
DATE "MONTH/DAY/YEAR"

880

USER DIALS
"MONTH/DAY/YEAR"

VCS CONNECTS TO HYATT COMPUTER CENTER. — 882

VCS VERIFIES AVAILABILITY AND TOTAL
COST FOR THE RESERVED TYPE OF ROOM
AND DAYS.

C          TO FIG. 7C          D



FROM FIG. 7C

(C)

(D)

888

VCS CONFIRMS THE INFORMATION,
REPEATING TO USER
. TYPE OF ROOM SELECTED AND COST PER DAY
. ARRIVAL DAY/DEPARTURE DAY
. TOTAL COST

VCS ASKS WHICH TYPE OF CREDIT CARD IS
GOING TO BE USED TO CONFIRM THE
RESERVATION
. FOR AMERICAN EX DIAL          1
. FOR MASTER CARD DIAL          2
. FOR ........... DIAL          3
. FOR ........... DIAL          4

890

892

USER DIALS  2

884

VCS, IF ROOM IS NOT AVAILABLE, INFORMS
THAT RESERVATION COULD NOT BE COMPLETED
FOR THAT REASON AND INVITES TO
. TRY OTHER SELECTION BY DIALING          1
. HANG ON THE LINE AND WAIT TO BE
  ATTENDED BY AN OPERATOR BY
  DIALING                                 2

VCS ASKS FOR CREDIT
CARD NUMBER

894

USER
DIALS 1

USER
DIALS 2

866a

VCS ANSWERS "WELCOME TO HYATT
RESERVATION SYSTEM..."

USER DIALS CREDIT CARD NUMBER

896

886

VCS AFTER HOOK-FLASH, WAITS FOR
DIAL TONE AND DIALS "9 + PHONE
NUMBER, AND TRANSFERS THE CALL TO
THE CUSTOMER AS SOON AS IT DETECTS
THAT THE CALL HAS BEEN ANSWERED AND
ADVISES THE CALLER.. THERE IS A CALL
COMING IN..."

(E)    TO FIG. 7D

*Fig. 7C*



FROM FIG. 7C

*Fig. 7D*

E

VCS ASKS FOR "MONTH AND YEAR OF EXPIRATION DATE" OF THE CREDIT CARD — 898

USER DIALS MONTH AND YEAR OF EXPIRATION DATE — 900

VCS CONNECTS TO GENERAL ELECTRIC COMPUTER CENTER — 902

VCS, ONCE THE APPROVAL NUMBER IS RECEIVED, ASKS FOR .."CONTACT PHONE NUMBER"... — 904

USER DIALS "AREA CODE, PHONE NUMBER" — 906

VCS INFORMS .."YOUR RESERVATION HAS BEEN CONFIRMED..
  . FOR ADDITIONAL SERVICES DIAL        1
  . TO TERMINATE DIAL                    2 — 908

USER DIALS 1

USER DIALS 2

VCS DISCONNECTS — 910

VCS AFTER A HOOK-FLASH DIALS MASTER NUMBER OF GROUP OF EXT'S CONNECTED TO VMS FOR TOURISM SERVICES. — 912

VMS ANSWERS "WELCOME TO TOURISM SERVICE CENTER... YOU MAY DIAL THE NAME OR NUMBER OF THE SERVICE...
  . FOR RESERVATION DIAL        1
  . FOR ........... DIAL        2
  . FOR ........... DIAL        3 — 854a

*Fig. 8*



USER DIALS PHONE NO. MULTIPLE SERVICES — 802

PBX DIRECTS INCOMING CALL AS "DIL/DEPARTMENTAL HUNTING" TO VM'S PARTS DEDICATED TO MULTIPLE SERVICES. — 804

VM ANSWERS "WELCOME TO INFOGUIA... YOU MAY DIAL THE NAME OR NUMBER OF THE SERVICE.
. FOR BANK SERVICES DIAL          xx
. FOR LONG DISTANCE CALLS DIAL    ..
. FOR .............DIAL           ..
. FOR ............. DIAL          y1
— 806

USER DIALS y1 — 920

VMS AFTER A HOOK-FLASH DIALS MASTER NUMBER OF GROUP OF EXT'S CONNECTED TO THE VCS, WAITS FOR "DIAL TONE" AND DIALS THE APPLICATION CODE FOR BANKING — 922

VCS ANSWERS "WELCOME TO BANKING SERVICES... IF YOU WANT:
. BALANCE VERIFICATION DIAL       x1
. FUNDS TRANSFER DIAL             x2
. PAYMENT OF A BILL DIAL          x3
. VERIFICATION OF LAST "x"
  TRANSACTION DIAL               x4
— 924

928

USER DIALS x1 — 926      VCS ASKS FOR "ACCOUNT NUMBER" — 928

930

USER DIALS THE "ACCOUNT NUMBER" — 930

VCS ASKS FOR "PERSONAL IDENTIFICATION NUMBER" — 932

934 — VCS CONNECTS TO GENERAL ELECTRIC COMPUTER CENTER. OBTAIN/PASSES INFO.

936

VCS INFORMS "THE BALANCE OF YOUR ACCOUNT NUMBER XXXXX IS $$$$$.



*Fig. 9A*



USER DIALS PHONE NO. MULTIPLE SERVICES — 802

PBX DIRECTS INCOMING CALL AS "DIL/DEPARTMENTAL HUNTING" TO VM'S PORTS DEDICATED TO MULTIPLE SERVICES — 804

VMS ANSWERS "WELCOME TO INFOGUIA... YOU MAY DIAL THE NAME AND NUMBER OF THE SERVICE
. FOR .......... DIAL          1
. FOR .......... DIAL          2
. FOR ABC'S SERVICES DIAL 3" — 806

USER DIALS 3 — 950

VMS AFTER A HOOK-FLASH, DIALS MASTER NUMBER OF GROUP OF EXT'S CONNECTED TO THE VCS, WAITS FOR "DIAL TONE" AND DIALS THE APPLICATION CODE FOR "ABC'S SERVICES" — 952

VCS ANSWERS "WELCOME TO ABC'S SERVICE CENTER... IF YOU WANT
. TO ENTER AN ORDER DIAL      1
. ............... DIAL          2
. ORDER STATUS DIAL           3" — 954

USER DIALS 3 — 956

VCS ASKS FOR "ACCOUNT NUMBER" — 958

USER DIALS ACCOUNT NUMBER — 960

F

TO FIG. 9B

*Fig. 9B*



F

VCS CONNECTS TO INFOGUIA'S PC AND VERIFIES STATUS OF PENDING ORDERS AND INFORMS THE USER OF THE STATUS OF THE ORDERS. VCS INVITES USER TO CONTINUE WITH OTHER ABC'S SERVICES... "FOR ORDER ENTRY DIAL 1..., FOR .... DIAL 2, FOR ..." — 962

USER DIALS 1 — 963

VCS ASKS FOR "PORT NUMBER" — 964

VCS ASKS FOR QUANTITY — 968

USER DIALS "PART NUMBER" — 966

USER DIALS QUANTITY — 970

VCS ASKS FOR DELIVERY DATE — 972

USER DIALS DELIVERY DATE "MONTH/DAY/YEAR" — 974

VCS CONTACTS INFOGUIA PC TO CREATE A RECORD AND GOES BACK TO THE USER TO CONFIRM AND INFORM PART NUMBER, PRICE OF EACH, QUANTITY OF THE ITEM, TOTAL COST AND DELIVERY DATE. — 976

VCS INVITES TO CONTINUE WITH OTHER SERVICES OR TO TERMINATE THE SESSION BY DIALING 5 — 978

USER DIALS 5 — 980

VCS THANKS AND DISCONNECTS THE CALL — 982

*Fig. 10 A*



USER DIALS PHONE NO. — 1000

PBX DIRECTS INCOMING CALL AS "DIL/DEPARTMENTAL HUNTING" TO VM'S PORTS DEDICATED TO NEWSPAPER APPLICATIONS — 1002

VMS ANSWERS "WELCOME TO NEWSPAPER SERVICE CENTER...
. FOR ADVERTISEMENT DIAL          1
. FOR SUBSCRIPTIONS DIAL          2 — 1004

VMS ANSWERS "WELCOME TO AD SERVICES...PLEASE DIAL THE NUMBER OF THE AD.." — 1006

USER DIALS THE ADVERTISEMENT NUMBER — 1008

VMS INVITES TO LISTEN THE ADVERTISEMENT — 1010

VMS CONNECT THE USER TO THE ADVERTISEMENT

VMS AT THE END OF THE MESSAGE, ASKS FOR..

"DO YOU WANT TO BE TRANSFERRED TO THE CONTACT PERSON?"..
. DIAL      1 FOR YES
. DIAL      2 FOR NO — 1012

USER DIALS 2

VMS THANKS AND INVITES TO LEAVE HIS NAME AND PHONE TO BE CONTACTED LATER — 1014

USER DIALS 1 — 1016

G     TO FIG. 10B

H



Fig. 10B

(G)

1018
VMS IS GOING TO TRANSFER THE CALL TO THE CONTACT PERSON. VMS AFTER A HOOK-FLASH DIALS "9 + PHONE NUMBER STORED FOR THIS PURPOSE.

1020
VMS, WHEN IT DETECTS THAT THE CALL HAS BEEN ANSWERED ASKS PERSON TO ENTER HIS PERSONAL PASSWORD

CORRECT PASSWORD

1022
VMS INVITES TO HANG ON THE LINE AND DISCONNECTS FROM ITS SIDE

PBX CONNECTS THE USER TO THE CONTACT PERSON AS A "TRUNK-TO-TRUNK TRANSFER"
1024

INCORRECT    OR    PHONE IS NOT
PASSWORD            ANSWERED

1026
VMS INFORMS THAT THE PERSON IS NOT AVAILABLE AND THE USER TO LEAVE HIS NAME AND PHONE TO BE CONTACTED LATER BY THE CORRECT PERSON

USER LEAVES HIS NAME AND PHONE NUMBER
1028

VMS THANKS AND DISCONNECTS THE CALL
1030

1032
VMS AT DETERMINED TIME WILL CALL THE CONTACT PERSON AND AFTER ASKING FOR HIS PERSONAL PASSWORD WILL ALLOW HIM TO LISTEN ALL MESSAGES RELATED WITH HIS

(H)



Fig. 11A

Case 1:07-cv-03948-DLC    Document 10-3    Filed 08/01/2007    Page 22 of 35

FROM FIG. 11A



VMS.."IF YOU WANT THE SUBSCRIPTION CHARGED TO YOUR CREDIT CARD, TELL YOUR CREDIT CARD TYPE, NUMBER AND EXPIRATION DATE — 1068

USER TELLS HIS CREDIT CARD TYPE, NUMBER AND EXPIRATION DATE — 1070

VMS KEEPS ALL THE DATA GIVEN BY THE PROSPECT, AS ONE MESSAGE FILE.

VMS THANKS AND INFORMS THAT HE WILL BE CONTACTED LATER TO CONFIRM THE SUBSCRIPTION AND DISCONNECTS THE CALL. — 1072

VMS AT DETERMINED TIME WILL CALL TO NEWSPAPER AND AFTER DETECTING THE ANSWERING AND ASKING FOR A PERSONAL PASSWORD, IF CORRECT, WILL ALLOW TO PICK UP ALL RELATED SUBSCRIPTION MESSAGES. — 1074

*Fig. 11B*

5,479,491

**1**

# INTEGRATED VOICE-MAIL BASED VOICE AND INFORMATION PROCESSING SYSTEM

This is a continuation of application Ser. No. 08/008,707, filed 25 Jan. 1993, now abandoned, which is a continuing application of application Ser. No. 07/517,665, filed 01 May 1990 now U.S. Pat. No. 5,187,735.

## FIELD OF THE INVENTION

The present invention relates to telephone based voice mail and processing systems, and more particularly to integration of voice mail and processing systems with other services. Still more particularly, this invention relates to a system and method for economically providing advanced telephone call handling, voice mail, voice conversion and other services to many customers in a manner sufficiently flexible to fulfill the specific needs of individual users.

## BACKGROUND AND SUMMARY OF THE INVENTION

So-called "Voice Mail Systems" (VMS) have finally found their way into widespread use. People have become accustomed to interacting with voice mail systems to obtain information such as railway schedules, performing arts schedule and ticket information, sports event scores and schedules, weather, etc. Many businesses and government agencies have installed voice mail systems to handle incoming calls, route the calls to appropriate extensions, allow callers to leave recorded messages, permit callees to access recorded messages easily and flexibly, and even provide intra-office and inter-office messaging capabilities.

Voice mail systems are commonly integrated with telephone switches (PBX) to provide what some term "an integrated solution" to telephone communications problems. By providing interaction between the voice mail system and the switch, the voice mail system can take advantage of the automatic call forwarding on no answer, message waiting light or alphanumeric displays, and other advanced PBX functions provided by the switch.

The VoiceMemo II manufactured by Centigram Inc. of San Jose, Calif. is an example of a modern day full-featured VMS. VoiceMemo II is a modular expandable 80286-microprocessor voice mail system including internal mass storage capabilities. Depression of TOUCH TONE keys of a telephone keypad control message delivery and retrieval, and voice prompts guide a caller through the various available functions. The system may be programmed to automatically call designated stations to deliver messages stored in electronic mailboxes. The system can also be programmed to page users in the field using conventional pager access techniques. Each user may record his or her own personalized greeting from any TOUCHTONE telephone, and such messages will be played to callers upon occurrence of selected events (e.g., for all incoming calls, for "ring no answer" situations, etc.). VoiceMemo II systems installed at different locations can be linked together over a modem-based high speed digital network to transfer messages to electronic mailboxes maintained in other locations. A "Receptionist II" option provides call screening, direct extension access and message taking functions—and allows incoming calls to be rerouted at the caller's selection (e.g., to a personal attendant, the call recipient's mailbox, or to a redial menu). The VoiceMemo II system can be integrated with a PBX (e.g., through a dedicated data link which allows the PBX to identify call origins to the VMS and allows the

**2**

VMS to pass call waiting signals to the PBX, and via DTMF signalling over the talk path) to allow additional features and capabilities, such as using PBX call forwarding to direct calls to the VMS, and activating the PBX "message waiting" feature with the VMS. An "External Call Forwarding" interaction between the VMS and the PBX provides connection from the PBX's tie trunks to the VMS and allows calls to be forwarded to a trunk (i.e., the VMS) instead of to a telephone station. With the VMS connected to the PBX trunks, calls will forward to the VMS and the PBX will dial the mailbox number. To transfer calls to an attendant, the VMS applies to the talk path a hook flash and then (after a brief pause) dials the attendant's extension and appends a "hang up" character. A direct trunk connection between the central office and the VMS allows different incoming telephone numbers to correspond to different mailbox owners using the telephone company "Direct Inward Dialing" (DID) features. Such DID capabilities can also be provided using Centrex or with PBXs having DID trunks.

So-called "Voice Conversion Systems" (VCS) are also now coming into widespread use. A voice conversion system is basically a database access system that permits a caller to access digital database information over the telephone by converting data (i.e., text) pre-stored by a computer into voice. Thus, a VCS may be regarded as a link between the digital world of computers and associated peripheral devices, and the analog/(digitized analog) world of telephone calls. For example, local telephone companies can use voice conversion to provide electronic yellow page services over the telephone, better business bureaus may use voice conversion systems to provide automatic 24-hour-a-day information to callers about local businesses, stockbrokers use VCS to provide stock quotes over the telephone, etc. Other common applications of VCS include order entry and status inquiry, insurance claim status verification, service dispatch, and distribution of news stories. Voice conversion systems may also typically be integrated to a limited extent with a PBX so as to take advantage of the call transfer features the PBX provides, for example.

An example of a modern voice conversion system is the CallText Voice Gateway System marketed by Speech Plus Inc. of Sunnyvale, Calif. This VCS is an expandable modular 286-based processing system with each unit or node providing four simultaneously accessible lines each with full telephony capability, speech-to-text conversion, and stored (digitized) speech capability. Different modules can be networked together to provide up to 32 lines of simultaneous call processing. Each module can be configured to emulate a variety of different terminals and may thus be interfaced with any of several different types of host computers. Briefly, the system obtains text information for conversion to voice signals by emulating a host computer terminal and automatically providing keystrokes normally inputted by a human user to obtain display of desired information. The system then buffers desired portions of the displayed text and converts the buffered text into voice using speech synthesis techniques. The system has limited voice mail capabilities (e.g., through its stored digitized speech functions) and is also capable of initiating outgoing calls with full progress monitoring. The system also provides "call transfer capability using 'flash hook'". Physical separation of communications from voice ports allows access to different host computers (and even different types of host computers)—so that a single node can use different access techniques to access different hosts simultaneously.

5,479,491

3

A current trend in the industry is toward integrating voice processing and PBX functions into a single piece of equipment. For example, most voice conversion systems have limited voice mail capabilities (e.g., permit callers to record messages, produce voice from digitized prerecorded speech). At least some leaders in the industry are moving toward a full-featured integrated voice "voice processing" system that can provide all call handling tasks typically performed by individual VMS and VCS (and even PBX) units within a single piece of equipment. However, such systems will require extensive redesign of each of the system components and will therefore probably be quite expensive (and probably not cost effective for most users) for a long time to come.

The following is a (by no means exhaustive but at least somewhat representative) listing of prior issued patents and publications relevant to call processing systems:

U.S. Pat. No. 3,614,328 McNaughton;
U.S. Pat. No. 4,071,697 Bushnell et al;
U.S. Pat. No. 4,451,700 Kempner et al;
U.S. Pat. No. 4,554,418;
U.S. Pat. No. 4,367,548 Cotten, Jr. et al;
U.S. Pat. No. 4,612,416 Emerson et al;
U.S. Pat. No. 4,646,346 Emerson et al;
U.S. Pat. No. 4,790,003 Kepley et al;
U.S. Pat. No. 4,837,798 Cohen et al;
U.S. Pat. No. 4,700,378 Brown;
U.S. Pat. No. 4,734,931 Bourg et al;
U.S. Pat. No. 4,716,583 Groner et al;
U.S. Pat. No. 4,837,797 Freeny, Jr.;
U.S. Pat. No. 4,812,843 Champion, III et al;
U.S. Pat. No. 4,659,877 Dorsey et al;

Blount, "Talking Yellow Pages", *Target Marketing,* Vol. 10, No. 10, p. 40, October 1987;

"Interactive Voice Information System" and other publications of Brite Voice Systems, Inc.

"Net Launches Enhanced Services With Uniform Interface" *Boc Week,* Vol. 6, No. 27, pp. 2–3, Jul. 17, 1989;

"Voice Processing: Defining Terms" and other articles in *Teleconnect,* pages 64–108 (April 1989);

"The Gateway Connection", *Sky* pp. 56–63 (August 1989);

"The Boom Has Begun" and other articles, *Teleconnect* pp. 61–119, 128–155 (April 1988);

"Dytel Automated Attendant Exchange System Improves Productivity, Response to Incoming Calls and Operator Flexibility in the Office", *Caribbean Business* (Sep. 28, 1989);

Centigram sales literature dated August 1989, including "Media Information", "Receptionist II", "VoiceMemo System Highlights—Release 5.0", "Mesa-Net", "VoiceMemo II", "Who Needs It . . . VoiceMemo II", and Application Notes "United Telephone of Florida . . ." and "Adding Voice Messaging . . . ", and pages 25–28, 39–42, and 75–76 of the "VoiceMemo Installation and Maintenance Manual" published by Centrigram Corp. of San Jose, Calif.;

Centigram Media Information: "Centigram Corporation Announces VoiceMemo Software Release 5.01", San Diego, Calif., 26 Sep. 1989, 2pp.; "Nynex Selects Centigram's Voicememo II Voice Processing System for Central Office Use" San Jose, Calif., 11 Sep. 1989,

4

2pp.; "Centigram Communications Corporation", 8pp., March 1990; "Corporate Highlights", March 1990, 3pp.; and "Centigram Corporation and Voice-Tel Sign $15 Million Voice Messaging Network Agreement", San Jose, Calif., 2 Feb. 1990, 4pp.

"Voice-Tel Franchises Voice Memo Offers Nationwide Digital Network", Voice Memos, *News and Trends in Voice Messaging Technology and Products,* Vol. 1, No. 5, (January/February 1990,) pp1–4; and

"Speech Plus, Inc. Corporate Highlights", "CallText Voice Gateway System", "CallText VGS", "CallText VGS/x", "CallText VGSdv", "Audio EMAIL", "Automated Toll Investigation System", "Audio Locator", "Audio Dispatch" publications of Speech Plus Inc. of Sunnyvale, Calif.

It appears that a current trend in the industry is toward a more integrated telephone user interface based on a voice mail system.

For example, the "Talking Yellow Pages" article cited above discloses an electronic yellow pages system in which a user dials a single number, uses his touch-tone keypad to select a category of inquiry, uses further keypad depressions to access a particular recorded advertisement, and then permits the user to make a selection and dial the number. Such a system (called CITY LINE) is supposedly actually in use in Wichita, Kans. and is operated by Brite Voice Systems, Inc.. The electronic yellow pages system also acts as a gateway to other information services (e.g., complete entertainment information, stock quotes, weather, astrological forecasts, and more). CITY LINE is allegedly completely supported by the advertisers and is therefore free to the caller. See also U.S. Pat. No. 3,614,328 disclosing another voice mail system.

The "Opportunity Calling" portion of the "Talking Yellow Pages" article discusses a hypothetical automated phone order merchandise catalog system (details regarding its implementation are not provided) in which "customers could dial your system and, using simple four-digit codes, ask for information, make orders and enter billing details—all automatically, without human operators. Should the customers want to talk to one of your operators, he simply dials *0 on his touch-tone phone and the operator's line would ring. At the end of the day, the computer provides a complete printout of the number of calls, which items were inquired about and which items were ordered, together with the total number of transactions and the dollar amount."

This phone order merchandise system is not disclosed as being integrated with the electronic yellow pages system but rather is described as a "stand-alone" system operated by an individual merchandiser.

New England Telephone announced in the Jul. 17, 1989 issue of BOC WEEK a new voice messaging system based on voice mail but having "follow on" services including "mail boxes" for individual subscribers, broadcast distribution of messages to various users' "mail boxes", and "paging notification" (pagers are called automatically after a message is deposited to alert users that a message is in their mailbox).

U.S. Pat. No. 4,790,003 to Kepley et al (AT&T) teaches a technique for networking different voice mail systems together with a wideband data file transmission facility and associated protocol provided by the telephone exchange.

U.S. Pat. No. 4,837,798 to Cohen et al (AT&T) teaches a unified messaging system where different types of messages (voice mail, electronic mail, etc.) can be handled through a common system.

U.S. Pat. Nos. 4,612,416 and 4,646,346 to Emerson et al (and assigned to AT&T) teach an integrated message service system based on voice mail which provides users with

**5**

improved notification that the system is storing messages for them that they have not yet retrieved.

U.S. Pat. No. 4,734,931 to Bourg et al teaches an integrated calling directory system.

U.S. Pat. No. 4,071,697 to Bushnell et al relates to an interactive video/telephone transmission system in which a television signal distribution system provides text for display on a television. The user selects from the displayed text options using a terminal connected to a telephone line. The selection information is communicated via the telephone exchange directly to merchants—thus allowing the user to place orders or request information.

See also U.S. Pat. No. 4,700,378 which discloses a system for accessing database information over telephone lines without the need for a television signal distribution system.

U.S. Pat. No. 4,451,700 to Kempner et al teaches an telephone based automatic audience survey system providing voice messaging and automatic user selection via a data terminal.

U.S. Pat. No. 4,554,418 to Toy teaches a telephone-based information access system permitting users to specify events (e.g., a stock price) in advance. When the event occurs, the system automatically establishes telephone contact with the user and provides a synthesized voice message regarding the event.

U.S. Pat. No. 4,367,548 to Cotten, Jr. et al teaches a fiber-optics based integrated services link for providing various telephone and other services to telephone subscribers.

The Centigram publications describe an exemplary state-of-the-art Voice Mail system. The Speech Plus publication describe a state-of-the-art voice conversion "gateway" system. The *Teleconnect* articles cited above survey currently commercially available call processing technologies.

It is thus generally known to use voice mail systems to provide users with voice menus of callee choices, accept caller selections, etc. It is also known to use a voice mail system to provide various types of information (e.g., weather, stock market quotes, etc.) along with electronic yellow page and other directory information. It is also known to network different geographically separated voice mail systems using a high-speed data network. It is known to provide prerecorded advertising via a voice mail system (and to permit advertisers to change their advertisements by simply recording a new advertisement over the telephone). It is known to use a terminal connected to both a telephone network and to a television signal distribution network to allow a user to place orders directly to merchandisers. And it is also known to integrate paging services to some extent with a voice mail system.

However, even though much work has been done in this area in the past, further improvements are still possible.

One of the problems with voice processing technology is that it is prohibitively expensive for a large majority of prospective users. Typical full-featured Voice Mail Systems can cost in excess of $200,000, and typical full-featured Voice Conversion Systems cost in the range of $100,000 or more. Such systems are economically feasible only for large businesses or other organizations and are priced completely out of the reach of small businesses and individuals. While advances in personal computer technology have made it possible to provide Voice Mail capabilities using inexpensive personal computers, such systems have relatively limited capabilities and features and may still be too expensive (and not cost effective) for many users who could truly benefit from voice processing.

Moreover, even the expensive full-featured systems suffer from certain disadvantages. For example, a big problem associated with Voice Mail systems is the limited number of

**6**

ports they provide. Typical full-featured Voice Mail systems are capable of routing calls they receive to another location. However, since this call routing capability routes the call through the VMS, one such routed call typically occupies two ports of many VMS systems: one port is connected to the incoming call which is then routed through the VMS to another port used for "outputting" the call to the routed destination. Increasing the number of VMS ports is expensive, but often the only alternative is to lose the ability to timely service all incoming calls during peak traffic periods.

The present invention provides an innovative "one-stop" full service telephone call/communications handling system combining voice mail, voice recognition, database handling and networking features into an integrated system that is highly cost effective for even small organization and individual users.

A voice mail system is programmed to automatically answer incoming telephone calls from a variety of incoming sources, and offers callers different options depending upon the number they call in on. Some incoming telephone lines are dedicated to particular services or types of callers, while other incoming lines provide a more general public interface for a variety of services offered by the system.

Unlike prior voice mail systems (which typically simply answered the telephone and provided a single application-specific function, e.g., providing train schedules or ticket information or routing calls to specific extensions within a company), the system of the present invention provides a more generalized interface offering callers a variety of different functions/operations/capabilities, including the following examples:

(a) electronic yellow pages/directory assistance integrated with a database access (VCS) system and a call routing (PBX) system to provide a caller with a voice menu (and sub-menus) of callee choices, accept caller selections, initiate requested telephone connections with desired callees, and if no connection is made, re-activate the voice mail system to allow the caller to leave a message for later playback by the callee;

(b) integrated database handling/voice conversion with voice mail functions to provide various different types of information to callers (depending upon caller need) and, if necessary, to access databases within remote customer computers to provide required information;

(c) integrated voice mail with customer PBX systems so that the voice mail can initiate a telephone call within a customer's remote PBX via a "tie line" (or other known network) into the customer's own switch;

(d) certain ports on the voice mail system are dedicated for networking information with other, geographically separated voice mail systems to provide an integrated worldwide network of voice mail system sharing a distributed database—preferably including satellite links which can also support routing of long distance calls (for example, so that a businessman in Hong Kong can leave a voice mail message via a local call and that voice mail message is automatically transferred back to his home office voice mail handling system);

(e) advertising distribution via telephone (e.g., from digitally prerecorded messages stored in a database) with provision for placing orders (accepted electronically via the voice mail system and recorded directly on the advertiser's computer system) or routing the call automatically to a human merchandiser at the advertiser's place of business;

(f) tie in through cable television system so the cable television channel selector can act as a terminal and the television can be used to display menu/choice options (or so

5,479,491

7

that a personal computer can be linked to the system via the cable television lines);

(g) a dual tone "multifrequencer" front end interface that translates pulse dial type signals into DTMF touch-tone type signals;

(h) providing generalized database and/or services accesses via voice mail on a variety of subjects selected by the user via prompted keypad selections and/or spoken voice prompts, and providing multiple such accesses in response to a single telephone call (e.g., so the system can route a traveller first to an airline reservation system, then to a hotel reservation system, and then to a car rental reservation system); and

(i) paging system integrated with voice mail system.

The present invention thus provides a degree of integration not available in prior art voice processing systems. For example, in accordance with one aspect of the present invention a centralized voice mail system includes direct "tie lines" to a plurality of clients and associated system support facilities to selectively route incoming voice mail calls directly to individuals via a client internal PBX system and/or to electronically instantly transmit merchandise or service orders handled via the voice mail system directly to the client's data processing system. The preferred embodiment system is also capable of directly routing a call to a specific client telephone number after calling a generalized electronic yellow pages information number. In the preferred embodiment of this invention, any standard telephone set is effectively transformed into a remote terminal capable of accessing an extremely powerful integrated central resource.

The present invention also provides a unique architecture that obtains advantages by maintaining VMS, VCS and PBX systems as totally separate entities. For example, in accordance with one feature of the present invention the VMS and the VCS each actually release calls to the PBX for routing elsewhere. Thus, even though the VMS and VCS may provide internal call routing features, those features are not used because they tend to tie up valuable VMS or VCS ports. Instead, if a call being handled by the VMS for example is to be routed elsewhere, the VMS issues a "hook flash" signal to the PBX and then uses the PBX call routing capabilities to forward the call to another destination. The effect of this call routing process is to release the VMS port for use by another caller requiring voice mail service—thereby much more efficiently utilizing the resources of the VMS while also taking advantage of the more advance call routing functions the PBX is designed to provide.

Moreover, an important advantage provided by the present invention is the ability to economically provide voice processing and call handling to small businesses, individuals and the general public. Unlike most typical call processing systems which are dedicated in application to handle the calls of a particular business, the preferred embodiment system provides many different services to many different users. A retailer may use the system to take orders which are then electronically transferred to the business' own internal computer system. A service organization, on the other hand, may use the voice mail features of the system to answer calls forwarded on no answer and to advertise. The general public can call the system to receive a directory of services and goods, to hear advertisements, and to then actually place orders if desired. A single incoming call can be involved in an number of different transactions (e.g., make airline reservations, make hotel and car rental arrangements, find out the weather in the travel destination, etc.). Such great flexibility and functionality has

8

simply not been provided by any system in the past.

BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages of the present invention will be better and more completely understood by studying the following detailed description of presently preferred exemplary embodiments in conjunction with the FIGURES, of which:

FIG. 1 is a schematic block diagram of the presently preferred exemplary embodiment of a voice and call processing system in accordance with the present invention;

FIG. 1A is a schematic diagram of an exemplary audio block of the preferred embodiment;

FIG. 2 is a schematic block diagram of an exemplary voice conversion system architecture that may be used for the VCS shown in FIG. 1;

FIGS. 3–5 are schematic flowcharts of exemplary generic program control steps performed by the FIG. 1 system; and

FIGS. 6A–11 are schematic flow charts of exemplary application and specific program control steps performed by the FIG. 1 system.

DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of the presently preferred exemplary embodiment of an information handling and providing system 100 (hereafter "the system 100") in accordance with the present invention.

System 100 includes a digital telephone switch (PBX) 200, a voice mail system 300 (hereafter "VMS 300"), and a digital voice conversion system 400 (hereafter "VCS 400"). In the preferred embodiment, each of these components 200, 300, 400 comprises conventional, off-the-shelf equipment that has been custom programmed for use in system 100.

Even though VMS 300 and VCS 400 may each provide certain limited call routing PBX functions, those limited PBX functions are not generally used within system 100. Instead, PBX 200 performs virtually all call routing functions in the preferred embodiment of system 100. VMS 300 provides voice mail type functions (e.g., automatic call answering, generation of audible prompts requesting responses from callers, mailbox and other message storage and handling functions, and the like). VSC 400 provides a facility to convert digital data (e.g., text) into voice signals. Each of VMS 300 and VCS 400 also has the capability of cooperating and interacting with PBX 200 in a very efficient manner that will be explained shortly.

Briefly, in the preferred embodiment PBX 200 is responsible for routing incoming calls to VMS 300 and/or to VCS 400 (and may also route calls to other destinations and devices as will be explained shortly). In the preferred embodiment, PBX is a conventional off-the-shelf digital telephone switch (e.g., model no. SL1 Meridian I manufactured by Northern Telecom). PBX 200 has digital signal handling capabilities and can connect directly to incoming and outgoing trunk lines, T1 multiplexed telephone lines, and tie lines to other (e.g., customer) PBX's. PBX 200 should have sufficient call handling capacity (e.g., tens of hundreds of ports) to handle a large number of incoming calls at once, and preferably is capable of handling voice and data communications simultaneously.

PBX 200 in the preferred embodiment is connected to several different telephone paths so as to receive incoming calls and generate outgoing calls on a wide variety of different types of telephone networks. By way of non-limiting example, PBX 200 may be connected to public long distance carrier ("interlata") networks (e.g., MCI, U.S.

5,479,491

9

Sprint), several trunk/network lines provided by the local/regional telephone company ("Telco") public telephone network ("intralata"), a "900" number telephone network, 800 International and national (e.g., USA) networks, one or more other WATS ("wide area telephone service") networks, etc. Any or all such standard communications paths/links/networks may be used by PBX **200** for receiving incoming calls and/or for placing outgoing calls.

PBX **200** is preferably connected to a variety of different local Telco incoming trunk lines having preassigned telephone numbers assigned thereto. Preferably, some of these telephone numbers are assigned according to mnemonics associated with particular applications (e.g., 775-INFO for a main information number, 543-BANK for home banking applications, etc.). PBX **200** is connected to a sufficiently large number of such incoming trunk lines so as to provide unique telephone numbers for each of many different applications.

PBX **200** is also, in the preferred embodiment, connected directly to customer site PBX's **202** so as to allow system PBX **200** to receive calls (voice or data) directly from such customer sites and route calls directly to such customer sites without the need for routing through any of the public or other telephone networks mentioned above. The nature of the connection between PBX **200** a customer PBX generally depends upon the requirements of the customer and upon the amount of call traffic that must be handled by the connection. For customers requiring only light traffic handling capabilities, one or several Telco dedicated (e.g., two-pair) voice channels **204** may couple the customer PBX **202B** to system PBX **200**. Other customers may wish to provide a so-called "tie line" (not shown) which may be used to connect PBX **200** directly to a customer PBX so as to provide additional functionality (e.g., the ability of PBX **200** to reach a customer station by dialing an extension number). If more traffic handling capacity must be provided, then one or more standard T1 multiplexed communication links **206** (either cable based or microwave) may be used to provide many (e.g., 24 or more) simultaneous voice and data channels between system PBX **200** and a customer PBX.

PBX **200** is also coupled to an "on premise" earth station **208** (e.g., an AT&T "Skynet") which connects system **100** to a network of other such systems. Further discussion of such network connections will be presented shortly.

PBX **200** in the preferred embodiment provides standard and advanced PBX functions such as trunk-to-station connections, automatic call distribution, and the like. As is well known, the "trunk to station" portion of PBX **200** provides automatic call answering of incoming calls and automatic connection of such incoming calls to "ports" of destination devices (e.g., VMS **300** or VCS **400**). For example, suppose the telephone number 775-INFO was preassigned to correspond to a general public electronic yellow pages number. When a caller dials this number, PBX **200** may automatically route the incoming call to a predetermined port of VMS **300**. Similarly, calls coming in on other predetermined incoming trunks may be automatically routed by PBX **200** to ports of VCS **400** or to ports of other destination devices using trunk-to-station routing techniques.

PBX **200** also, as mentioned above, includes conventional "automatic call distribution" (ACD) capabilities. As is well known, ACD provides more versatile and flexible call routing. For example, the ACD feature of PBX **200** may automatically re-route a call on an incoming trunk preassigned by the "trunk-to-station" portion of PBX **200** to a "busy" (i.e., in use) destination device port—or the ACD may

10

instead place the incoming call "on hold" or provide prerecorded voice prompts (e.g., via VMS **300** if desired) allowing the caller to select what action he wishes the PBX to take (e.g., place him on hold, route to the VMS **300**, etc.). The PBX **200** ACD functionality and characteristics may be flexibly programmed in a well known manner by loading customized program control steps into the PBX.

VMS **300** in the preferred embodiment comprises a standard voice mail handling system (e.g., a Voice Mail System Version 5.0 manufactured by Centigram) including a digital processor and mass storage. In the preferred embodiment, 32 ports of simultaneous voice mail handling capabilities are provided by VMS **300**. Connections between PBX **200** and VMS **300** are made in the preferred embodiment by connecting PBX station ports to a telephone connection block **302** (e.g., using standard 4-wire channel local circuits), connecting VMS **300** ports to an adjacent telephone connection block, and then connecting jumpers between the two blocks. The positions of the interconnecting jumpers may be changed as desired so as to allocate different ports of VMS **300** to different station ports of PBX **200**.

VMS **300** is preprogrammed in the preferred embodiment to provide different voice mail functions depending upon the input port the call is routed to. In addition, VMS **300** may provide any of various different prompts through the same input port depending upon digits (or other tone or digital encoded information) passed to it by PBX **200**. An optional digital link **304** may be provided to provide a digital communications path between PBX **200** and VMS **300**. In the preferred embodiment, there is correspondence between the incoming trunk of PBX **200** on which a caller appears and the prompts/functions presented by VMS **300** to that caller. This correspondence may result from trunk-to-station routing functions of the PBX **200** in some incoming call situations, or it may result from additional control over VMS **300** provided by the ACD portion of the PBX.

Generally, predefined general purpose prompts are generated by VMS **300** for calls connected to the VMS input ports allocated to trunk-to-station PBX call routing. For example, any of several general information incoming trunks may always be routed by PBX **200** to certain ports of VMS **300**—and the VMS will generally always present the same "standard" or "general" voice mail prompts to such incoming calls (e.g., "Good Afternoon. You have reached the INFOGUIA INFOGATE system . . . ").

The preferred embodiment includes an audio input system **423** for inputting high quality audio into system **100** (e.g., for storage by VMS **300**). Typically, a user may record a new voice mail prompt by picking up a standard telephone, dialing an appropriate sequence of TOUCH TONE (or pulse) codes, and then speak the prompt into the telephone. While this technique of recording voice prompts is convenient, it suffers from certain disadvantages—including poor voice quality. Typical telephones have only carbon microphones exhibiting poor frequency response, causing the recorded voice mail prompt to sound like it was recorded over the telephone (rather than having the quality one would obtain if a "live" person was at the "other end" of the call). In addition, it is impractical to record sound effects or music using this technique. Some advertisers have access to sophisticated audio production and recording equipment (e.g., for producing radio and television advertisements) and might like to use those same techniques for providing voice mail prompts to be delivered by VMS **300**.

Audio input block **423** shown in FIG. 1 is connected to PBX **200** as a local telephone station in the preferred embodiment. The function of audio input block **423** is to input high quality prerecorded audio into system **100** (e.g., for recording and storage by VMS **300** or VCS **400**).

5,479,491

11

FIG. 1A is a detailed schematic diagram of audio input block 423. Audio input block 423 includes a standard telephone set 423a (for dialing purposes), a standard RJ11 "splitter" 423b, a connector block 423c, an electrolytic capacitor 423d, a 600 Ohm isolation transformer 423e, and a tape recorder/player 423f. Splitter 423b is connected to a station (e.g., DID) line provided by PBX 200, and connects that station line to both telephone set 423a and to connector block 423c. Telephone set 423a (which may be a speaker phone) is used to dial VMS 300 via PBX 200. Preferably, the mute of telephone set 423a is ON to prevent voice noise picked up from the telephone set from also being recorded by VMS 300.

Connector block 423c connects the DID line to the secondary winding of audio isolation transformer 423e through a high value (e.g., 10 microfarad) series capacitor 423d. Capacitor 423d provides blocking of DC currents. Transformer 423e is preferably a conventional 600 Ohm to 600 Ohm isolation transformer exhibiting good frequency response, and serves to protect the output stage of tape recorder 423f from the voltage levels existing on the telephone line. As will be understood, the polarity of the transformer 423e primary winding with respect to the tip and ring connections of connector block 423e is not critical.

Tape recorder 423f may be any standard audio tape recorder capable of playing audio tapes prepared on or off site (e.g., in a client's recording studio).

To use audio input block 423 to record high quality audio prompts on VMS 300, a user dials the VMS with telephone set 423a and then input appropriate additional dial signals to place the VMS in a prompt recording mode (all in a conventional manner). The user then sets the "volume" output level of tape recorder 423f to an appropriate level and starts the tape recorder to play a prerecorded audio prompt starting at the beginning. The audio output provided by tape recorder 423f passes through transformer 423e and capacitor 423d with no loss of quality, and is coupled to the VMS 300 via connector block 423c, splitter 423b and PBX 200. Since the output of tape recorder 423f preferably provides very high quality output, the only limitations on the quality (e.g., frequency response) of the audio prompt stored by VMS 300 are those bandwidth limitations imposed by VMS 300 and PBX 200.

The ACD functional portion of PBX 200 also is capable of routing calls to VMS 300, and may route calls to different input ports of the VMS depending upon the nature of the call and the particular application involved. The ACD functionality of PBX 200 is preprogrammed to generate one or more further dialing digits upon successfully routing a call to a VMS 300 port—with the digits specifying the nature of the prompts and/or other voice mail functions that the VMS is to present to that specific caller. VMS 300 provides a standard feature that allows an incoming caller to select options based on TOUCHTONE or pulse digits the caller dials. VMS 300 is designed to expect the caller to dial those digits and generally provides different voice mail functions to the caller depending upon the digits dialed by the caller. In the preferred embodiment, the ACD of PBX 200 automatically dials a prefix digit or digits immediately upon connecting a new call to VMS 300—thus requesting a subset of VMS functions in a manner that is entirely transparent to the caller. By providing this interaction between PBX 200 and VMS 300, system 100 takes advantage of standard features of the VMS to provide additional functionality not previously provided by either the PBX or the VMS alone.

12

For example, PBX 200 may be connected to an incoming trunk dedicated for use by a particular small business. If calls coming in on that incoming trunk are to be routed to VMS 300 (as opposed to the internal PBX of the business, for example), the PBX ACD may route the call to any available input port of VMS 300 and then generate a predetermined digit or sequence of digits (e.g., "38") corresponding to that particular business. VMS 300 is preprogrammed beforehand to recognize that digit or sequence of digits as corresponding to that business and generates in response customized voice mail prompts corresponding to that business. For example, an introductory prompt generated by VMS 300 may greet the call with the name of the business (e.g., "Good morning. You have reached the Acme Manufacturing Company voice mail system . . . ") and then present the caller with further voice mail prompts customized for that particular business (e.g., a directory of personnel, an ability to leave a message in a voice mail "mailbox" corresponding to that business, etc.). Since such prompts are customized for the business or other application, the caller may never be aware of the fact that he has reached an external call handling service but may instead believe he has reached an internal voice mail system within the business. This has great advantages, since the business' "telephone image" is preserved (and can actually be specified and customized by the business) even though the business has not purchased its own voice mail system but is instead in a sense "time sharing" system 100.

After the VMS 300 input port is subsequently released (e.g., upon call termination), the PBX 200 ACD may route another incoming call coming in on a different trunk to the same VMS input port—but once the VMS port has been connected the PBX ACD may generate a different digit or digit sequence to control the VMS to present an entirely different set of prompts/functions to the caller corresponding to that different PBX incoming trunk.

In a preferred embodiment, the so-called "hook flash" voice line control signal is used by VMS 300 so as to transfer calls from the VMS to some other portion of system 100. In at least some prior art voice mail systems designs, call transfer from the VMS was effected using "external call forwarding" Using "external call forwarding", the VMS would receive a call on one port, determine (e.g., based on touch tone signals inputted by the caller) what destination the call was to be routed to, initiate a new outgoing call on another port so as to connect to that desired destination, and then internally connect the ports together. As discussed above, this "external call forwarding" arrangement is highly disadvantageous because of the limited number of ports provided by typical voice mail systems. In accordance with the preferred embodiment of the present invention, VMS 300 does not use "external call forwarding" to reroute calls. Instead, once VMS 300 ascertains a destination to which the call is to be routed, the VMS outputs a "hook flash" signal onto the same voice line "port" the call is coming in on. PBX 200 responds to this "hook flash" signal by providing PBX dial tone to VMS 300. VMS 300 then generates dialing signals in response to the PBX TONE and, finally, generates a "hang-up" signal. The result of this voice line control signal interchange is to control PBX 200 to reroute the call from the VMS 300 port to the destination specified by the VMS—thereby liberating the VMS port for use by another incoming call. This technique of call routing takes advantage of the call routing functions designed into PBX 200 and also maximizes the use of VMS ports.

5,479,491

13

VCS **400** in the preferred embodiment may comprise a CallText Voice Gateway System manufactured by Speech Plus, Inc. One principal function of VCS **400** in the preferred embodiment is to convert textual database information stored in digital form (e.g., by an in-house host computer system **402** or by a customer host computer **404**) into voice signals for application to a voice line. VCS **400** may be connected to PBX **200** via a conventional local circuit 4-wire channel link **406** or other suitable connection. PBX **200** may route calls to ports of VCS **400**. Different VCS **400** ports may provide different functions (i.e., certain ports may be dedicated for certain specific applications)—or PBX **200** may provide additional information over the voice line (or possibly over an additional digital link not shown connecting the PBX with VCS **400**) specifying which VCS application is to be presented to the caller.

In the preferred embodiment, VCS **400** is custom programmed (using conventional programming techniques) to provide synthesized voice prompts upon receipt of a call, these voice prompts soliciting information from the caller. For example, for some applications (e.g., access to confidential databases) VCS **400** may first request the caller to dial in a confidential password or other access code in response to which the VCS may grant the caller access to the desired information (e.g., PIN code). Different audio selection menus may be presented to callers depending upon which incoming line the caller came in on or other factors (e.g., from which VMS **300** application the call was transferred). VCS **400** may then access an appropriate database within an appropriate host computer in order to obtain database information (in text form), convert this database information into synthesized speech, and present the synthesized speech to the caller.

FIG. 2 is a detailed block diagram of an exemplary VCS **400** architecture based upon the Speech Plus VGS system. In the preferred embodiment, VCS **400** may include a plurality of Speech Plus VGS nodes **400a–400n** (generally up to eight nodes may be used to provide 32 ports). VGS nodes **400a–400n** may be connected together via a local area network **408** to which may also be connected a personal computer or other similar processor **410**. Personal computer **410** may be used to monitor the operation of VCS **400** and also to perform custom programming functions in a conventional manner. In the preferred embodiment, different types of host computers are accommodated by different VGS nodes **400a–400n**. For example, VGS node **400a** may be programmed or otherwise equipped to provide 5251 terminal emulation (and thus may be used to access an IBM mini-computer host such as system 36s, system 38s and AS400s). At least one VGS node **400n** in the preferred embodiment provides asynchronous communications to communicate with asynchronous customer host (e.g., personal computers). A dedicated link **410** between VGS node **400n** and inhouse host computer system **402** (which in the preferred embodiment is a multitasking personal computer type processor based on the 8386 microprocessor) provides communication between VCS **400** and the inhouse host computer system. In addition to being hardware-equipped to emulate appropriate terminals, VCS **400** is custom programmed to provide host keystroke access sequences to obtain desired information.

As one example, suppose a customer involved in the shipping industry wanted to provide, through system **100**, an ability to check the status of various shipments by telephone. Suppose this customer maintained a database on its IBM AS/400 minicomputer (including appropriate application programming) that permitted a local display station user to

14

display various information in response to certain inputted key strokes. VCS **400** in the preferred embodiment may be programmed to provide automatically those same key strokes (as well as to access the customer's host computer **404** via dial-up or dedicated telephone company lines **414** and associated modems **416**)—thus providing an automated display session which extracts desired information from the customer host computer. These automated key strokes provided by VCS **400** to customer host computer **404** may be altered by TOUCH TONE key strokes inputted by a caller (e.g., so that the caller can specify a specific data record to access, specify "next screen" or "previous screen" type scrolling, etc. In this way, VCS **400** in combination with application programs executing on customer host computer **404** together provide a sophisticated interface to a caller. More information regarding one exemplary voice conversion system may be found in the above-cited Speech Plus publications.

Referring once again to FIG. 1, in-house host computer system **402** (as mentioned previously) may in the preferred embodiment include a multitasking personal computer preferably having substantial amounts of local mass storage **418**. Task host computer system **402** maintains several local data bases on mass storage **418**, including, in the preferred embodiment, electronic yellow pages listings and "want ad" type advertisements—but also maintains much other information (as will be explained shortly). VCS **400** is capable of selectively accessing the databases maintained by in-house host computer system **402** over a local circuit **420**. The databases maintained by in-house host computer system **402** on mass storage device **418** may be inputted via local display stations **422**, or they may be obtained by downloading over dial-up or dedicated lies **424** from customer sites.

Local display stations **422** may also be used by human operators to view database information during "attended call handling" via telephone sets **426** (these telephone sets **426** are connected to PBX **200** and provide a means by which callers without TOUCHTONE telephones or callers requiring special assistance may reach a human operator).

In the preferred embodiment, system **100** also interfaces to a cable television head end **500**. VCS **400** may provide converted voice signals over voice grade telephone line **502** for broadcast over the cable television network **504**. The cable television head end **500** may gather digital information transmitted by individual users via depression of buttons on their cable television converter box **506** (i.e., thus permitting the cable television converter to be used as a remote digital terminal), and to provide those digital signals to in-house computer system **402** via a data grade telephone line in **508** and associated high-speed modems **510**. This analog/digital interface with a cable television system provides additional flexibility and applications (e.g., making it practical to provide home shopping and other features from user homes).

An optional pulse-to-tone converter **600** may be provided as part of system **100** to convert rotary telephone set pulse-type dialing sequences into TOUCHTONE type DTMF tones for appropriate interfaces with VMS **300**, VCS **400**, etc. An optional voice recognition system may also be provided for converting spoken commands into control signals for controlling VMS **300** VCS **400** and PBX **200**.

Now that the overall architecture of system **100** has been described, exemplary signal processing steps performed under program control by the preferred embodiment of system **100** will be described first in terms of the generic steps shown in FIGS. **3–5** and then by way of the application-specific steps shown in FIGS. **6A–11**.

15

FIG. 3 is a flow chart of exemplary program control steps performed by PBX **200** shown in FIG. **1** upon receipt of a call. If the caller calls in on the general access number (e.g., 775-INFO) and is thus requesting electronic yellow pages or other "multiple service" type call handling, the PBX **200** routes the call to a port of VMS **300** dedicated to electronic yellow pages services (block **252**). In the preferred embodiment, whenever the VMS **300** receives an incoming call on such dedicated ports, VMS generates a generic voice mail prompt corresponding to the electronic yellow pages (or other generic) application. If the dedicated ports are all busy, then the ACD portion of PBX **200** may route the call to a non-dedicated (i.e., general purpose) port of VMS **300** and supply VMS **300** with a one or a multi-digit DTMF phone sequence specifying electronic yellow pages application.

If the call is not received on the general access number, PBX **200** determines (based upon the line or port the PBX answered the call on) whether call requires handling by VMS **300** (decision block **254**). In the preferred embodiment, some applications (e.g., in answering service application for businesses, weather or news distribution services, etc.) always require handling by the VMS **300**. If such a call is received, PBX **200** routes the call to VMS **300** (either to a port of the VMS dedicated to the particular application, or to a general-usage port and in addition supplying the appropriate DTMF selection code to the VMS as described previously) (block **256**).

During the time the call is connected to the VMS **300**, it is still being routed through PBX **200**. VMS **300** is capable of giving control of the call back to PBX **200** (e.g., for routing to another destination) in the preferred embodiment by generating "hook flash" to receive PBX dialtone and then producing a sequence of DTMF tones specifying the destination address. If a call is transferred back to PBX **200** from VMS **300** (decision block **258**), the PBX may route it to any desired destination (as is demonstrated by the flow diagram). It should be noted that the "wait loop" depicted by the "N" exit of decision block **258** is not an explicit software-controlled wait loop in the preferred embodiment but rather is implemented using normal conventional PBX advanced functions such as call forwarding and "hook flash".

If the incoming call requires connection to VCS **400** (as tested for by decision block **260**), PBX **200** routes the call to the VCS (block **262**). In the preferred embodiment, VCS **400** is similarly capable of transferring the call to another destination via PBX **200** using, for example, "hook flash" (block **264**).

Some applications require the call to be forwarded to a customer site (e.g., to customer PBX **202**). For example, some customers may provide a telephone number assigned to system **100** PBX **200** as their general call-in number but may sometimes (e.g., during business hours) desire such calls to be transferred directly to their own internal PBX **202** (or, alternatively, answered by VMS **300** which then solicits a customer extension number for direct dialing by PBX **200** via the customer PBX **202**). Other applications require calls to be routed directly to an outside service such as a travel agent, an airline reservation number, a hotel reservation number, or the like. When such incoming calls requiring routing to an outside service are received by PBX **200** (decision block **266**), PBX **200** routes the calls by calling the outside service (possibly using the "external call forwarding" or some similar feature) and by thus maintaining control over the call throughout the call (block **268**). In the preferred embodiment, upon completion of the call, the PBX **200** typically does not simply terminate the call at its conclusion but may instead reroute the call to VMS **300** for

16

example, so that the customer can be provided with further assistance and options (decision block **270**, **254**).

Some incoming calls received by PBX **200** are to be routed to internal destinations within system **100** (e.g., human attendant telephone stations **426**, earth station **208**, etc.). If such other destinations are required (decision block **272**), PBX **200** routes the incoming calls to those of appropriate destinations based upon the telephone number or port the call comes in on (block **274**). Still other functions may be performed by PBX **200** if desired (block **276**).

FIG. 4 is a flowchart of exemplary program control step performed by voice mail system **300** in accordance with presently preferred exemplary embodiment of the present invention. When VMS **300** receives an incoming call connected to one of its ports (block **350**), it provides prerecorded voice prompts (depending upon the port number the call is connected to if that port is dedicated to a specific application or other function) or as specified by additional DTMF signals applied to the VMS over the voice line (e.g., by the caller, by the ACD function of PBX **200**, by VCS **400**, etc.) (block **352**). Typically VMS **300** then awaits an additional selection from the caller (i.e., by the caller depressing one or more buttons on his telephone set keypad so as to specify one or a plurality of DTMF tones preassigned to different functions (block **354**). Such caller selections typically are announced on the voice prompt provided by block **352** (i.e., block **352** typically provides an audio "menu" of options, one option of which the caller selects by depressing one or more TOUCH TONE keys).

If the caller decides to terminate the call (decision block **356**), the VMS **300** typically "hangs-up" and may provide additional control signals to PBX **200** to alert the PBX that the call is being terminated or the PBX may simply terminate the call upon receipt of the "hang-up" signal from the VMS (block **358**,**360**). Sometimes the caller is given the option to select an additional list of options (as tested for by decision block **362**), and if the caller makes this selection VMS **300** provides a further appropriate prompt (block **352**). If the caller requests an application requiring VCS **400** (as tested for by decision block **364**), VMS **300** in the preferred embodiment transfers the call to VCS **400** via PBX **200** by (in the preferred embodiment) generating "hook flash" (block **366**), dialing a destination corresponding to a VCS port (block **368**), and then generating a "hang-up" signal (block **370**). If, on the other hand, the call is to be transferred to some other destination (e.g., a human attendant telephone set **426**, an extension of customer PBX **202**a, etc.), VMS **300** forwards the call to that destination by using the "hook flash" signal as described previously (decision block **372**, **374**). The options depicted by **356**,**374** are not exhaustive—that is, VMS **300** may provide many additional options not shown—or alternatively, in some applications fewer applications are provided than are shown in FIG. 4. FIG. 4 is intended to be merely representative of the functions provided by VMS **300** in the preferred embodiment.

FIG. 5 is a flow chart of exemplary program control steps performed by VCS **400** in the preferred embodiment. Generally, when VCS **400** receives an incoming call on one of its ports, it answers the call (block **460**). VCS **400** then, if appropriate, provides a synthesized voice prompt and may also accept a caller's input selections via DTMF tones (block **462**). VCS **400** then obtains appropriate text from an appropriate host (block **464**).

In the preferred embodiment, which host and which text is "appropriate" depends upon the particular application being provided (and may be selected in part by control signals provided by VMS **300**, PBX **200**, or by the caller himself). Performing block **464** may involve dialing up a customer host computer **404** and establishing contact with

5,479,491

17

that host computer in some instances, depending upon the application. Once VCS **400** has established contact with the appropriate host and has provided various "signon" and other additional information in order to access the desired text, VCS **400** converts the obtained text voice information (block **466**) into synthesized voice signals and applies the voice signals to the port on which the call has been received. If appropriate, VCS **400** may then generate a further voice prompt (block **468**) and receive further caller selection.

If additional information is requested by the caller (e.g., to scroll between display screens, or to access different database records) (as tested for by decision block **470**), blocks **464**–**466** are repeated. If, on the other hand, the caller is finished obtaining the desired information, VCS **400** may transfer the call to some other destination (e.g., to VMS **300**) by generating "hook flash", dialing the destination, and then "hanging-up" (block **472**).

Now that the generic steps used by system **100** to process a call have been described, several exemplary specific applications will be described in connection with the flow-charts of FIGS. **6A–11**.

FIGS. **6A–6B** together are a flowchart of exemplary program control steps performed by system **100** to process long distance calls to be charged to a credit card. In the preferred embodiment, system **100** is capable of obtaining credit card approval as well as routing long distance calls via earth station **208** or via standard communications paths, networks such as outgoing WATS lines.

When a caller dials a telephone number corresponding to an application called "multiple services" (block **802**), PBX **200** answers the call and directs the call to one of the ports at VMS **300** dedicated to this particular application (block **804**). VMS **300** provides a prerecorded voice prompt to the incoming call directing the caller with a number of options (e.g., "for long distance calls dial Y4") (block **806**). Upon receipt of the caller's DTMF-encoded selection (block **808**), VMS **300** provides the "hook flash" signal to PBX **200** and then dials a master number of a group of extensions corresponding to VCS **400**, waits for a dial tone, and dials the application code for long distance calls with credit card handling (block **810**).

VCS **400** answers with an audio prompt (e.g., "welcome to long distance calls services"), and then provides an audio prompt corresponding to different options the caller may select (international calls, U.S.A. calls, etc.) (block **812**). Once the caller makes a selection (e.g., call the U.S.A.) (block **814**), VCS **400** provides a further audio prompt (using the synthesized speech capabilities of the VCS) to request information about the type of credit card a caller intends to use (block **816**). Once the caller specifies the credit card type (block **818**), VCS **400** prompts the caller for his credit card number (block **820**). The caller is then expected to dial his credit card number using his TOUCHTONE or pulse keypad (block **822**), after which VCS **400** requests the expiration date of the credit card (block **824**) which the caller then dials in the same manner (block **826**) after which caller will be asked to dial his PIN code.

VCS **400** then, in the preferred embodiment, contacts an appropriate credit card bureau customer host computer **404** (emulating the appropriate terminal and providing the appropriate log-on and other sequences) (block **828**). VCS **400** passes the credit card number and expiration date to the credit card bureau computer center and requests a transaction approval number (together with the PIN code). Once the transaction approval number is received from the credit card bureau host computer, VCS **400** invites (via synthesized

18

speech prompts) the caller to dial the area code and the telephone number he wishes to call (block **830**). When VCS **400** receives the appropriate destination numbers, the VCS generates a "hook flash", waits for PBX dial tone, and then dials the appropriate long distance telephone number (block **832**). VCS **400** thus, through PBX **200**, routes the incoming call to the appropriate long distance destination.

VCS **400** may then in the preferred embodiment pass to inhouse host computer system **402** (or may itself maintain) information about the call such as the credit card number and credit card type, the date and time in which the call was made, the area code and the telephone number dialed, and the price of the call. Reports of these transactions may be obtained if requested via VCS **400** and/or inhouse computer system **402**. In general, ascertaining the price of the call typically may involve keeping a track of the call duration, and PBX **200** may therefore be required to monitor call duration and provide such call duration logging for later (or real-time) reconciliation with the information stored by VCS **400** and/or inhouse host computer system **402** (block **834**).

Meanwhile, upon receiving the control signals provided over the voice line by VCS **400** via block **932**, PBX **200** connects the caller to the called number as a "trunk-to-trunk transfer" in the preferred embodiment and is also able to provide a tone and disconnect the call at a predefined time (e.g., to allow trunk-to-trunk calls to have a preprogrammed maximum time period). As mentioned, PBX **200** may also provide an appropriate logging of each call (block **936**).

FIGS. **7A–7C** together are flowcharts of exemplary program control steps performed by system **100** to provide a so-called "tourism" application—that is, a "one-stop" service for obtaining information about travel and for actually making reservations with several different travel service providers by dialing a single telephone number.

In the preferred embodiment, when a caller dials a pre-determined telephone number responding to "tourism" application (e.g., "800-xxx-zzzz") (block **850**), PBX **200** answers the call and directs it to a port of VMS **300** dedicated to the tourism application (block **852**). VMS **300** answers the call and provides an appropriate prerecorded voice prompt presenting several options to the caller (block **854**). If the caller requests an option that corresponds to an outside circuit (airline reservations, car rental, hotel reservations, etc.), VMS **300** generates a "hook flash", dials the corresponding destination, and transfers the call via PBX **200** to the corresponding destination (block **856**).

In some instances, however, it may be desirable to provide an automatic reservation system via VCS **400** (e.g., by dialing "4" in the example shown) (block **858**). Upon receipt of such a selection from the caller, VMS **300** transfers the call to VCS **400** and dials a DTMF application code to inform the VCS that the tourism application should be presented to the caller (block **860**). VCS **400** accordingly provides a digitized speech prompt corresponding to the tourism application and presents different options to the caller for caller selection (block **862**). The caller then dials the selection he desires (e.g., hotel reservations) (block **964**), in response to which VCS **400** provides an appropriate voice prompt presenting further options to the caller regarding the type of reservation he wishes to make (e.g., a single room, suite, king-size or double beds, etc.) (block **866**). Upon selection of an option by the caller (block **868**), VCS **400** may solicit additional information from the caller (e.g., the number of days he wishes to stay in the hotel, the arrival date, the departure date, etc.) (blocks **870**–**880**). VCS **400** then connects to the hotel reservation host computer **404**,

5,479,491

## 19

provides the appropriate terminal emulation and access information, and verifies with the hotel chain host computer that the desired rooms are available and also determines the total cost, for example, (block **882**). If the desired room is not available, VCS **400** may provide a further synthesized speech prompt informing the caller that the reservation could not be made and inviting the caller to try another selection to be connected to a human attendant (block **884**). If the caller decides to try another selection, control may be returned to block **866** (see block **866***a*). If, on the other hand, the caller wishes to be connected to a human attendant, VCS **400** generates a "hook flash" in the preferred embodiment, and then transfers the call via PBX **200** to one of attendant stations **422** (and may also provide additional synthesized voice prompts to the human attendant indicating the nature of the call so that the caller need not explain his situation all over again to the attendant) (block **886**).

If the hotel chain host computer **404** confirms the reservation, VCS **400** preferably "orally" (via synthesized speech) confirms all of the information previously provided by the caller (block **888**), and then requests credit card information from the caller (block **890–900**). VCS **400** preferably then verifies the credit card information in a manner similar to that described in conjunction with FIG. **6B** (block **902**). Once credit card information is received, VCS **400** asks the caller to key in a telephone number at which he can be contacted (block **904**) and waits for the caller to dial in his home or business telephone number (block **906**). VCS **400** then informs the caller that his reservation has been confirmed and asks the caller whether he wishes to be connected to additional services or whether the call is to terminate (block **908**).

If the caller depresses a telephone number corresponding to call termination, VCS **400** simply disconnects the call (block **910**). On the other hand, if the caller requests additional services, VCS **400** transfers the call back to VMS **300** and the VMS preferably answers with the prerecorded voice prompts of block **854** (block **854***a*).

Referring to FIGS. **8A** and **8B** together are a flowchart of exemplary program control steps performed by system **100** to provide banking information. The caller preferably dials the same "multiple services" telephone number described in connection with FIG. **6A** (block **802**) and system **100** handles the incoming call in the same manner (blocks **804–806**). However, if the caller now selects bank services (e.g., by dialing the number "1" (block **920**)), VMS **300** transfers the call to VCS **400** and specifies to VCS **400** the application code corresponding to the banking application (block **922**). VCS **400** answers the incoming call and presents an audio prompt corresponding to selections that may be made by the caller for the banking application (e.g., balance verification, transfer between accounts, etc.) (block **924**). The caller may then dial his selection (e.g., balance verification) (block **926**). VCS **400** then typically requests from the caller his bank account number and his PIN (personal identification number) (blocks **928–932**). Once the caller has provided such information, VCS **400** connects to an appropriate host computer **404** (e.g., a credit bureau computer or the computer of a bank) and obtains appropriate information and/or passes appropriate information onto the host computer (block **934**). VCS **400** may convert information obtained from the host computer into speech (e.g., account balance (block **936**)) and may present this information to the caller. Control may then return to block **924** to provide additional options for selection by the caller.

## 20

FIGS. **9A** and **9B** are together a flowchart of exemplary program control steps performed by system **100** to provide local database access of information stored on inhouse host computer system **402** mass storage device **418** for the purposes of "home shopping" or the like.

In the preferred embodiment, such local access may be provided under the same "multiple services" umbrella as is provided banking services and long distance credit card handling. Thus, blocks **802–806** shown in FIG. **9A** are essentially the same as the corresponding blocks shown in FIGS. **6A**.

Once the caller selects the local database access application (block **950**), VMS **300** transfers the call to VCS **400** and dials the application code corresponding to the local application (block **952**). VCS **400** may then present an appropriate digitized speech prompt (e.g., to permit home shopping in the example shown) (block **954**). VCS **400** may then solicit further information from the caller (e.g., an account number so as to check the status of an order) (block **956–960**). VCS **400** may then establish a connection (preferably permanently maintained with inhouse host computer system **402**) and provides the appropriate information to the host computer system to obtain the information desired by the caller (block **962**). VCS **400** then preferably generates the same prompt that was then generated by block **954** (block **962**) to permit the caller to make another selection. If the caller now wishes to place an order (block **962**), VCS **400** obtains the part number from the caller (block **964–966**) along with other information pertaining to the order (e.g., quantity and delivery date information; blocks **968–974**). VCS **400** then preferably passes appropriate information to inhouse host computer system **402** to create a record of the order, and also presents synthesized speech to the caller confirming the details relating to the order (block **976**). Credit card information may also be solicited at this time if desired or necessary. VCS **400** may then "replay" the prompt of block **954** (block **978**). Eventually, the caller wish to terminate the call (block **980**), at which time VCS **400** will provide a "thank you" digitized speech prompt and then disconnect the caller (block **982**).

FIGS. **10A–10B** together are a flow chart of an exemplary program control steps performed by system **100** to provide "on-line advertising" (the example shown in directed to an advantageous "want ads" type of advertising but can also be used for other applications).

Upon receiving a telephone call to an incoming telephone line designated for advertising (block **1000**), PBX **200** directs the incoming call to a VMS **300** port (block **1002**) and VMS **300** provides a prerecorded speech prompt presenting options to the caller (e.g., advertisements or subscriptions). Assuming the caller requests advertisements, VMS **300** provides a further responsive speech prompt listing advertisements available for the caller to listen to (block **1006**) and then obtains from the caller a selection of the particular ad he wishes to listen to (block **1008**). Several stages of menus may be presented to the user at this point to enable him to for example select categories of merchandise (e.g., automobiles), specific subsets of such categories (e.g., Fords), etc. VMS in the preferred embodiment may then provide a generic prompt inviting caller to listen to the selected ad (block **1010**) and subsequently play the recorded advertisement to the caller (block **1012**).

At the end of the prerecorded message, VMS **300** may asks the caller if he wishes to be transferred to a contact person (e.g., the advertiser or other person listed in the ad; block **1012**). If the caller responds but he does not wish to be transferred to a contact person, VMS **300** provides a "thank you" recorded speech prompt and then invites the

5,479,491

| 21 | 22 |

caller to leave his name and telephone number for later contact (block **1014**). On the other hand, if the caller does wish to be connected to a contact person (block **1016**), VMS **300** informs the caller that his call is going to be transferred and then actually attempts to transfer the call—typically to an outside telephone number where the contact person can be reached (block **1018**).

VMS preferably monitors the call progress to ensure that the dialed number is answered and may also provide additional password protection to ensure that the person answering the telephone is in fact the contact person (block **1020**). If the dialed telephone number is answered and the password is correct, VMS **300** releases the call to PBX **200** (block **1022**) and PBX **200** connects the caller to the contact person as a trunk-to-trunk transfer (block **1024**). If, on the other hand, the provided password is incorrect or the caller does not answer, VMS **300** informs the caller that the contact person is not presently available and invites the caller to leave his name and telephone number to be contacted later (block **1026**). VMS **300** then provides standard electronic mailbox type message recording functions to permit the caller to leave his name and telephone number (block **1028**), and then thanks the caller and then disconnects the call (block **1030**).

In the preferred embodiment, VMS **300** at a predetermined time may initiate a call to the contact person and then after obtaining the contact person's personal password and allow the contact person to listen to all messages relating to his advertisement (block **1032**).

It will be understood that the advertisement call handling service provided by the steps shown in FIGS. **10A–10B** would be highly advantageous for a number of different advertising needs, particularly so-called "want ad" advertisements. Newspaper readers viewing the want ads often fail to reach the advertiser (e.g., because the contact person has taken his telephone off the hook after selling the advertised merchandise, or because he is simply not home). The advertising handling routine shown in FIGS. **10A–10B**, on the other hand, provides great flexibility by screening calls (only very interested prospective sellers will initiate a transfer to the contact person) and also by an automatic callback to the contact person.

FIG. 11 is a flowchart of exemplary program control steps performed by system **100** to automatically receive and log requests for newspaper subscriptions or the like. The subscription handling and advertisement handling functions may be performed under the same umbrella as the advertising function (e.g., a newspaper may sponsor the advertising function and may also wish to automatically receive subscription orders) and thus FIG. 11 blocks **1000–1004** are identical to corresponding blocks shown in FIG. 10A.

If the caller selects subscriptions (block **1050**), VMS may provide an introductory prerecorded voice prompt and then may request various information from the caller such as his name (blocks **1052–1054**), his telephone number (blocks **1056–1058**), his postal address (blocks **1060–1062**), and his residential address (blocks **1064–1066**). VMS **300** may also record spoken information from the caller about a credit card if the caller wants his subscription fee charged to his credit card (blocks **1068–1070**). VMS **300** records all of the information provided by the caller in a mailbox corresponding to the newspaper or magazine, thanks the caller and then disconnects the call (block **1072**). VMS **300** may be programmed to, at a predetermined time, call the subscriptions department of the newspaper or magazine and, after receiving an appropriate password, allow the person being called

to listen to all of the subscriptions messages (block **1074**).

While the invention has been described in connection with what is presently considered to be the most practical and preferred embodiment, it is to be understood that the invention is not to be limited to the disclosed embodiment, but on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

What is claimed is:

**1**. A method of automatically delivering communications services to a telephone caller comprising the following steps all performed interactively in real time during the same telephone call:

(a) automatically answering said telephone call;

(b) receiving and automatically processing signals provided by said caller;

(c) recording speech provided by said caller;

(d) reading prestored digitized information, transforming said prestored digitized information into speech signals, and providing said speech signals to said caller;

(e) reading stored text information, converting said stored text information into speech signals, and providing said converted speech signals to said caller; and

(f) automatically activating a pager in response to said call.

**2**. A method of automatically delivering communications services to a telephone caller comprising the following steps all performed interactively in real time during the same telephone call:

(a) automatically answering said telephone call;

(b) receiving and automatically processing signals provided by said caller;

(c) recording speech provided by said caller;

(d) reading prestored digitized information, transforming said prestored digitized information into speech signals, and providing said speech signals to said caller; and

(e) reading stored text information, converting said stored text information into speech signals, and providing said converted speech signals to said caller,

wherein said step (b) includes the step of recognizing the speech of said caller.

**3**. An interactive real time integrated call routing and processing system capable of automatically delivering communications services to a caller during a call on a communications network comprising:

call answering means, coupled to said network, for automatically answering said call;

speech generating means, coupled to said call answering means, for automatically generating and supplying speech to said caller;

signal processing means, coupled to said call answering means, for receiving and processing signals provided by said caller;

voice recording means, coupled to said signal processing means, for recording speech signals provided by said caller;

voice converting means, coupled to said signal processing means, for accessing prestored text information and for converting said prestored text information into speech signals and providing said speech signals to said caller; and

call forwarding means coupled to said call answering means for forwarding said call;

5,479,491

23

wherein said call forwarding means includes means for forwarding said call to an automated attendant.

4. An interactive real time integrated call routing and processing system capable of automatically delivering communications services to a caller during a call on a communications network comprising:

call answering means, coupled to said network, for automatically answering said call;

speech generating means, coupled to said call answering means, for automatically generating and supplying speech to said caller;

signal processing means, coupled to said call answering means, for receiving and processing signals provided by said caller;

voice recording means, coupled to said signal processing means, for recording speech signals provided by said caller;

voice converting means, coupled to said signal processing means, for accessing prestored text information and for converting said prestored text information into speech signals and providing said speech signals to said caller; and

call forwarding means coupled to said call answering means for forwarding said call,

wherein said call forwarding means comprises means for forwarding said call to an extension selected by the caller.

5. An interactive real time integrated call routing and processing system capable of automatically delivering communications services to a caller during a call on a communications network comprising:

call answering means, coupled to said network, for automatically answering said call;

speech generating means, coupled to said call answering means, for automatically generating and supplying speech to said caller;

signal processing means, coupled to said call answering means, for receiving and processing signals provided by said caller;

voice recording means, coupled to said signal processing means, for recording speech signals provided by said caller; and

voice converting means, coupled to said signal processing means, for accessing prestored text information and for converting said prestored text information into speech signals and providing said speech signals to said caller,

said system further including means for automatically activating a pager in response to receipt of said call.

6. An interactive real time integrated call routing and processing system capable of automatically delivering communications services to a caller during a call on a communications network comprising:

call answering means, coupled to said network, for automatically answering said call;

speech generating means, coupled to said call answering means, for automatically generating and supplying speech to said caller;

signal processing means, coupled to said call answering means, for receiving and processing signals provided by said caller;

voice recording means, coupled to said signal processing means, for recording speech signals provided by said caller; and

voice converting means, coupled to said signal processing means, for accessing prestored text information and for converting said prestored text information into speech

24

signals and providing said speech signals to said caller, wherein said signal processing means includes means for recognizing the speech of said caller.

7. A method for communicating interactively between a communications system and a user over a communications network comprising:

(a) interactively receiving and processing commands from said user communicated over said communications network;

(b) generating speech signals based on prestored data;

(c) delivering said speech signals to said user over said communications network;

(d) delivering an image including options to said user over said communications network;

(e) displaying said image including said options on a display of said user, and

(f) activating at least one of said displayed options in response to commands received from said user.

8. A system for interactively communicating with a user over a communications network comprising:

a digital computer coupled to said communications network, said computer interactively receiving and processing commands communicated from said user over said communications network;

a speech processor coupled to said communications network and being controlled by said computer, said speech processor including a storage device for storing data, said speech processor generating speech signals under control of said computer, said generating also being based on said data stored by said storage device, and delivering said speech signals to said user over said communications network; and

image generating means coupled to a cable television network on said communications network for delivering an image to said user over said communications network.

9. A system for interactively communicating with a user over a communications network comprising:

a digital computer coupled to said communications network, said computer interactively receiving and processing commands communicated from said user over said communications network;

a speech processor coupled to said communications network and being controlled by said computer, said speech processor including a storage device for storing data, said speech processor generating speech signals under control of said computer, said generating also being based on said data stored by said storage device, and delivering said speech signals to said user over said communications network; and

image generating means coupled to said communications network for delivering an image to said user over said communications network,

said system further including a television set coupled to said communications network, said television set displaying said image and generating audio in response to said speech signals delivered by said speech processor.

10. A system for interactively communicating with a user over a communications network comprising:

a digital computer coupled to said communications network, said computer interactively receiving and processing commands communicated from said user over said communications network;

a speech processor coupled to said communications network and being controlled by said computer, said speech processor including a storage device for storing

5,479,491

25

data, said speech processor generating speech signals under control of said computer, said generating also being based on said data stored by said storage device, and delivering said speech signals to said user over said communications network; and

image generating means coupled to said communications network for delivering an image to said user over said communications network,

said system further including another computer coupled to said communications network, said computer and said another computer communicating together via said communications network.

**11.** A system for economically providing services via a telephone network and a cable television network, said cable television network including plural cable television subscribers, said system including:

an interactive automatic telephone call handling system coupled to said telephone network, said telephone call handling system performing at least the following functions:

(a) receiving incoming telephone calls from said telephone network,

(b) automatically answering said incoming telephone calls,

(c) providing audible voice prompts to said incoming calls, and

(d) receiving commands from said incoming telephone calls; and

26

a cable television network coupling arrangement which couples said telephone call handling system to said cable television network, said cable television network coupling arrangement passing said commands received by said receiving step (d) between said cable television network and said call handling system.

**12.** A system for economically providing telephone services to multiple users and for cooperating with a cable television network, said system including:

a telephone switch coupled to a telephone network, said telephone switch receiving and routing incoming telephone calls;

voice processing means, coupled to said telephone switch, said voice processing means for automatically answering said incoming telephone calls, for selectively providing audio prompts to incoming calls connected thereto, and for receiving and storing signals from said incoming telephone calls, said voice processing means including a voice converter, coupled to said telephone switch, for storing digital data and for converting between said stored digital data and audible telephone line signals; and

cable television network coupling means for coupling said voice processing means to said cable television network so as to permit said signals to be passed between said voice processing means and said cable television network.

\* \* \* \* \*