# Exhibit D

# AIPLA

# Report of the Economic Survey

# 2005

PREPARED UNDER DIRECTION OF
LAW PRACTICE MANAGEMENT COMMITTEE

American Intellectual Property Law Association
2001 Jefferson Davis Highway, Suite 203
Arlington, Virginia 22202
www.aipla.org

# AIPLA

# REPORT OF THE ECONOMIC SURVEY 2005

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

SALVATORE ANASTASI, CHAIR
KEVIN ALAN WOLFF, VICE CHAIR

September 2005



4 RESEARCH PLACE, SUITE 220
ROCKVILLE, MARYLAND 20850
TEL: (240) 268-1262
ARI@ASSOCIATIONRESEARCH.COM

©2005 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $35 PER COPY FOR MEMBERS AND $300 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
2001 JEFFERSON DAVIS HIGHWAY, SUITE 203
ARLINGTON VA 22202-3694
(703) 415-0780
WWW.AIPLA.ORG

**Litigation-Patent Infringement $1-$25M End of Discovery (Q42c)**

| Total Cost | | Litigation-Patent Infringement $1-$25M End of Discovery | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 315 | $1,495,730 | $600,000 | $1,250,000 | $2,000,000 |
| Type of Practice | 1-5 Attorneys | 32 | $728,125 | $312,500 | $500,000 | $975,000 |
| | 6-75 Attorneys | 133 | $1,375,752 | $500,000 | $1,000,000 | $2,000,000 |
| | 76 or more Attorneys | 66 | $1,908,333 | $1,200,000 | $2,000,000 | $2,500,000 |
| | All Corporate | 69 | $1,696,812 | $750,000 | $1,500,000 | $2,000,000 |
| Location | Boston CMSA | 17 | $1,545,588 | $875,000 | $1,500,000 | $2,000,000 |
| | NYC CMSA | 25 | $1,678,000 | $750,000 | $1,750,000 | $2,250,000 |
| | Philadelphia CMSA | 29 | $2,039,655 | $1,500,000 | $2,500,000 | $2,500,000 |
| | Washington, DC CMSA | 32 | $1,851,563 | $1,000,000 | $1,900,000 | $2,000,000 |
| | Other East | 16 | $1,243,750 | $525,000 | $775,000 | $1,800,000 |
| | Metro Southeast | 17 | $1,591,176 | $525,000 | $1,500,000 | $2,000,000 |
| | Other Southeast | 8 | $725,000 | $262,500 | $475,000 | $1,175,000 |
| | Chicago CMSA | 34 | $1,439,118 | $575,000 | $1,000,000 | $2,000,000 |
| | Minne.-St. Paul PMSA | 9 | $955,556 | $375,000 | $650,000 | $1,750,000 |
| | Other Central | 41 | $1,110,366 | $375,000 | $600,000 | $1,250,000 |
| | Texas | 23 | $1,420,652 | $600,000 | $1,200,000 | $2,000,000 |
| | Los Angeles CMSA | 18 | $1,016,667 | $575,000 | $1,000,000 | $1,312,500 |
| | San Francisco CMSA | 17 | $1,541,176 | $1,000,000 | $1,500,000 | $2,000,000 |
| | Other West | 27 | $1,790,741 | $750,000 | $1,500,000 | $2,500,000 |

**Litigation-Patent Infringement $1-$25M Inclusive, all costs (Q42d)**

| Total Cost | | Litigation-Patent Infringement $1-$25M Inclusive, all costs | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 319 | $2,637,179 | $1,200,000 | $2,000,000 | $3,500,000 |
| Type of Practice | 1-5 Attorneys | 33 | $1,446,364 | $625,000 | $1,000,000 | $1,500,000 |
| | 6-75 Attorneys | 131 | $2,396,183 | $1,000,000 | $1,750,000 | $3,000,000 |
| | 76 or more Attorneys | 67 | $3,549,254 | $2,000,000 | $3,200,000 | $4,000,000 |
| | All Corporate | 73 | $2,824,384 | $1,500,000 | $2,000,000 | $3,750,000 |
| Location | Boston CMSA | 18 | $2,638,889 | $1,437,500 | $2,500,000 | $4,000,000 |
| | NYC CMSA | 26 | $3,667,308 | $1,500,000 | $2,650,000 | $4,000,000 |
| | Philadelphia CMSA | 28 | $3,287,500 | $2,250,000 | $4,000,000 | $4,000,000 |
| | Washington, DC CMSA | 31 | $3,167,742 | $1,700,000 | $3,000,000 | $4,000,000 |
| | Other East | 16 | $2,468,750 | $1,150,000 | $2,000,000 | $3,000,000 |
| | Metro Southeast | 17 | $3,285,294 | $875,000 | $2,500,000 | $3,500,000 |
| | Other Southeast | 8 | $1,662,500 | $562,500 | $950,000 | $1,500,000 |
| | Chicago CMSA | 35 | $2,133,000 | $1,250,000 | $1,600,000 | $3,000,000 |
| | Minne.-St. Paul PMSA | 10 | $1,567,500 | $787,500 | $1,500,000 | $2,562,500 |
| | Other Central | 41 | $1,686,098 | $600,000 | $1,000,000 | $2,500,000 |
| | Texas | 23 | $2,847,826 | $1,000,000 | $2,500,000 | $3,500,000 |
| | Los Angeles CMSA | 20 | $3,015,000 | $1,212,500 | $1,500,000 | $1,937,500 |
| | San Francisco CMSA | 17 | $2,823,529 | $2,000,000 | $2,000,000 | $4,000,000 |
| | Other West | 27 | $2,279,630 | $1,500,000 | $2,000,000 | $3,500,000 |

**Litigation-Patent Infringement >$25M End of Discovery (Q42e)**

| Total Cost | | Litigation-Patent Infringement >$25M End of Discovery | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 294 | $3,239,136 | $1,400,000 | $3,000,000 | $4,000,000 |
| Type of Practice | 1-5 Attorneys | 25 | $2,127,000 | $500,000 | $2,000,000 | $2,750,000 |
| | 6-75 Attorneys | 124 | $3,058,871 | $1,000,000 | $2,350,000 | $4,000,000 |
| | 76 or more Attorneys | 58 | $3,888,793 | $3,000,000 | $3,000,000 | $3,125,000 |
| | All Corporate | 74 | $3,472,040 | $1,500,000 | $3,000,000 | $5,000,000 |
| Location | Boston CMSA | 14 | $2,528,571 | $1,375,000 | $2,500,000 | $3,000,000 |
| | NYC CMSA | 35 | $4,135,742 | $2,000,000 | $4,000,000 | $5,000,000 |
| | Philadelphia CMSA | 29 | $2,793,103 | $2,650,000 | $3,000,000 | $3,000,000 |
| | Washington, DC CMSA | 25 | $4,468,000 | $3,000,000 | $4,000,000 | $5,000,000 |
| | Other East | 13 | $1,680,769 | $775,000 | $1,200,000 | $2,050,000 |
| | Metro Southeast | 11 | $7,118,182 | $2,000,000 | $3,000,000 | $8,000,000 |
| | Other Southeast | 7 | $1,921,429 | $500,000 | $1,000,000 | $3,000,000 |
| | Chicago CMSA | 33 | $2,664,545 | $1,900,000 | $2,500,000 | $3,500,000 |
| | Minne.-St. Paul PMSA | 8 | $2,218,750 | $1,200,000 | $1,500,000 | $4,000,000 |
| | Other Central | 34 | $1,876,471 | $500,000 | $1,125,000 | $3,000,000 |
| | Texas | 24 | $2,917,708 | $1,075,000 | $2,750,000 | $4,000,000 |
| | Los Angeles CMSA | 16 | $2,121,875 | $1,000,000 | $1,875,000 | $3,000,000 |
| | San Francisco CMSA | 20 | $5,710,000 | $2,275,000 | $3,000,000 | $3,875,000 |
| | Other West | 23 | $3,247,826 | $2,000,000 | $3,000,000 | $3,000,000 |

**Litigation-Patent Infringement >$25M Inclusive, all costs (Q42f)**

| Total Cost | | Litigation-Patent Infringement >$25M Inclusive, all costs | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 299 | $5,175,753 | $2,500,000 | $4,500,000 | $6,000,000 |
| Type of Practice | 1-5 Attorneys | 26 | $3,548,077 | $937,500 | $2,750,000 | $5,000,000 |
| | 6-75 Attorneys | 123 | $5,044,715 | $2,250,000 | $4,000,000 | $5,000,000 |
| | 76 or more Attorneys | 60 | $5,640,833 | $4,000,000 | $5,000,000 | $5,375,000 |
| | All Corporate | 77 | $5,710,390 | $3,000,000 | $5,000,000 | $8,000,000 |
| Location | Boston CMSA | 14 | $4,107,143 | $2,875,000 | $3,750,000 | $5,250,000 |
| | NYC CMSA | 35 | $6,190,000 | $4,000,000 | $5,000,000 | $8,000,000 |
| | Philadelphia CMSA | 28 | $4,712,500 | $4,400,000 | $5,000,000 | $5,000,000 |
| | Washington, DC CMSA | 24 | $6,947,917 | $4,500,000 | $6,000,000 | $7,750,000 |
| | Other East | 13 | $3,076,923 | $2,000,000 | $3,000,000 | $3,250,000 |
| | Metro Southeast | 11 | $9,440,909 | $1,500,000 | $4,500,000 | $11,000,000 |
| | Other Southeast | 7 | $3,342,857 | $1,000,000 | $2,500,000 | $4,000,000 |
| | Chicago CMSA | 34 | $4,404,412 | $3,000,000 | $4,450,000 | $5,187,500 |
| | Minne.-St. Paul PMSA | 9 | $3,688,889 | $2,150,000 | $3,000,000 | $5,000,000 |
| | Other Central | 35 | $3,258,571 | $1,000,000 | $2,000,000 | $5,000,000 |
| | Texas | 24 | $4,993,750 | $2,200,000 | $4,900,000 | $6,750,000 |
| | Los Angeles CMSA | 18 | $4,866,667 | $2,075,000 | $3,000,000 | $5,000,000 |
| | San Francisco CMSA | 21 | $7,985,714 | $3,000,000 | $5,000,000 | $6,000,000 |
| | Other West | 24 | $5,283,333 | $2,750,000 | $5,000,000 | $5,750,000 |