# Exhibit E

Case 1:07-cv-03948-DLC    Document 10-6    Filed 08/01/2007    Page 1 of 4

Client Code: NBL.000GEN

11-09-1999

RECC

101195652

11-5-99

TO THE ASSISTANT COMMISSIONER FOR PAT.                           ...... the attached original documents or copy thereof.

| | |
|---|---|
| 1. Name of conveying party(ies): (If multiple assignors, list numerically)<br><br>Tele Guia Talking Yellow Pages, Inc.<br><br>Additional name(s) of conveying party(ies) attached?<br>( ) Yes    (X) No | 2. Name and address of receiving party(ies):<br><br>**Name:** Micron Technology Inc.<br>**Internal Address:**<br>**Street Address:** 8000 South Federal Way<br>**City:** Boise  **State:** ID  **ZIP:** 83706<br><br>Additional name(s) of receiving party(ies) attached?<br>(X) Yes    ( ) No |
| 3. Nature of conveyance:<br><br>(X) Assignment<br>( ) Merger<br>( ) Security Agreement<br>( ) Change of Name<br>( ) Other:<br><br>Execution Date: (If multiple assignors, list execution dates in numerical order corresponding to numbers indicated in 1 above) 3/15/99 | 4. Application number(s) or Patent number(s):<br><br>( ) Application(s) filed herewith Execution Date(s):<br><br>( ) Patent Application No.:<br>    Filing Date:<br><br>(X) Patent No.: 5,479,491<br>    Issue Date: December 26, 1995<br><br>Additional numbers attached? ( ) Yes  (X) No |
| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>**Name:** Robert F. Gazdzinski<br>       KNOBBE, MARTENS, OLSON & BEAR, LLP<br>       **Customer No. 20,995**<br>**Internal Address:** Sixteenth Floor<br>**Street Address:** 620 Newport Center Drive<br>**City:** Newport Beach  **State:** CA  **ZIP:** 92660<br>**Attorney's Docket No.:** NBL.000GEN | 7. Total fee (37 CFR 3.41): $40.00<br><br>(X) Enclosed<br>   (X) Authorized to be charged to deposit account if any additional fees are required, or to credit any overpayment<br><br>8. Deposit account number: 11-1410<br><br>Please charge this account for any additional fees which may be required, or credit any overpayment to this account. |
| 6. Total number of applications and patents involved: 1 | |

9. Statement and signature.

To the best of my knowledge and belief, the foregoing information is true and correct, and any attached copy is a true copy of the original document.

Robert F. Gazdzinski        [Signature]                    11/2/99
Name of Person Signing      Signature                       Date

39,990
Registration No.

Total number of pages including coversheet, attachments and document: 3

Mail documents to be recorded with required cover sheet information to:

11/08/1999 DNGUYEN  00000186 5479491              Assistant Commissioner for Patents
                                                   Box Assignments
01 FC:581                          40.00 OP        Washington, D.C.  20231

S:\DOCS\RFG\RFG-2364.DOC
110299

PATENT
REEL: 010360 FRAME: 0042

EXHIBIT A
ASSIGNMENT

WHEREAS, TELE GUIA TALKING YELLOW PAGES, INC., a/an _Puerto Rico_ corporation having offices at 504 (Altos) Francisco Seinz Street, Hato Rey, PR 00918 (hereinafter "ASSIGNOR"), represents and warrants that it is the sole owner of the entire right, title, and interest to certain new and useful improvements for which ASSIGNOR has filed the following United States issued Letters Patent in the United States (hereinafter "the Patent"):

| Patent No. | Issue Date | Title |
| --- | --- | --- |
| 5,479,491 | December 26, 1995 | Integrated Voice-Mail Based Voice and Information Processing System |

WHEREAS, MICRON TECHNOLOGY, INC., a Delaware corporation having offices at 8000 South Federal Way, Boise, ID 83706 (hereinafter "ASSIGNEE") desires to purchase an undivided joint ownership interest in and to the inventions disclosed in the Patent;



NOW, THEREFORE, in consideration of One Dollar ($1.00) to ASSIGNOR, and other good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR hereby further acknowledges that it has sold, assigned, and transferred, and by these presents does hereby sell, assign, and transfer, unto ASSIGNEE, its successors, legal representatives, and assigns, an undivided ownership interest throughout the world in, to, and under the said improvements, and the said Patent and all Patents that may be granted thereon, and all divisions, continuations, reissues, reexaminations, renewals, and extensions thereof, and all rights of priority under International Conventions and applications for Letters Patent that may hereafter be filed for said improvements or for the said Patent in any country or countries foreign to the United States; and ASSIGNOR hereby authorizes and requests the Commissioner of Patents of the United States, and any Official of any country foreign to the United States, whose duty it is to issue patents on applications as aforesaid, to issue an undivided joint ownership interest in and to all Letters Patent for said improvements and all Letters Patents resulting from the Patent to ASSIGNEE, its successors, legal representatives, and assigns, in accordance with the terms of this Agreement.

ASSIGNOR does hereby sell, assign, transfer, and convey to ASSIGNEE, its successors, legal representatives, and assigns claims for damages and remedies arising out of any violation of the rights assigned hereby that may have accrued prior to the date of assignment to ASSIGNEE, or may accrue hereafter, including, but not limited to, the right to sue for, collect, and retain damages for past infringements of the said issued Letters Patent, as set forth in the Sales Agreement between the parties relating to the Patent;

ASSIGNOR hereby covenants and agrees that it will communicate to ASSIGNEE, its successors, legal representatives, and assigns any facts known to ASSIGNOR respecting the Patent immediately upon becoming aware of those facts, and that it will testify in any legal proceeding involving the Patent, will sign all lawful papers, execute all divisional, continuing, and reissue applications, make all rightful oaths, and will generally do everything possible to aid ASSIGNEE, its successors, legal representatives, and assigns to obtain and enforce the Patent in all countries.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal this 15 day of March, 1999.

TELE GUIA TALKING YELLOW PAGES, INC.

By: _____

Name Printed: José E. Herrero-García

Title: President

Date: 3-15-99

STATE OF Puerto Rico )

AFFIDAVIT NO. 71

) ss.

COUNTY OF _____ )

Acknowledge and subscribed on this 15th day of March, 1999, before me personally appeared Jose E. Herrero-García, of legal age, single, inventor and resident of San Juan, Puerto Rico to me known to be the President of TELE GUIA TALKING YELLOW PAGES the corporation that executed the within and foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute said instrument.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
(Signature)

Notary public in and for the State of Puerto Rico