# Exhibit G



## CERTIFICADO DE INCORPORACION

## TELE GUIA-TALKING YELLOW PAGES, INC.

PRIMERO: El nombre de la corporación es Tele Guía-Talking Yellow Pages, Inc.

SEGUNDO: La oficina principal o local de negocio de la corporación en el Estado Libre Asociado de Puerto Rico estará instalada en la Calle K #18, Villa Caparra, Guaynabo, Puerto Rico, 00657.

TERCERO: EL agente residente a cargo de dicha oficina principal es José Herrero García y su dirección es Calle K #18, Villa Caparra, Guaynabo, Puerto Rico, 00657.

CUARTO: La naturaleza de los negocios, objetivos o propósitos que han de llevarse a cabo, promoverse o realizarse con fines lucrativos, son realizar cualquiera o todas las cosas aquí mencionadas, tan ampliamente como puedan ser realizadas por una persona natural, en cualquier parte del mundo a saber:

> Servicios de telecomunicaciones e información al cliente; venta y distribución de productos y servicios; reventa de servicios de larga distancia; consultoría en el área de las comunicaciones; llevar a cabo operaciones comerciales y realizar contratos de toda índole relacionados con los negocios de la corporación.

QUINTO: El número de acciones que la corporación podrá emitir será de mil (1,000) acciones con un valor a la par de un ($1.00) dólar por acción.

SEXTO: La cuantía mínima del capital con que ha de comenzar la corporación sus operaciones será mil ($1,000.00) dólares.

SEPTIMO: El nombre y dirección de cada uno de los incorporadores son los siguientes:

| Nombre | Dirección |
|---|---|
| Carlos R. Jiménez Rodríguez | Calle Príncipe de Asturias A-12<br>Mansiones Reales<br>Guaynabo, Puerto Rico   00657 |
| José Herrero García | Calle K-18<br>Villa Caparra<br>Guaynabo, Puerto Rico |

- 1 -

Lilliam Mendoza Toro        927 Verdi
                            Reparto Sevilla
                            Río Piedras, P.R.  00924

OCTAVO: Esta corporación ha de tener existencia perpetua.

NOSOTROS, los aquí suscribientes, siendo los incorporadores señalados precedentemente, con el propósito de establecer una corporación con fines lucrativos de acuerdo con la Ley General de Corporaciones del Estado Libre Asociado de Puerto Rico, aprobada el 9 de enero de 1956, otorgamos y archivamos este Certificado, juramos que los hechos expuestos en el mismo son verídicos.

En San Juan, Puerto Rico, a    de mayo de 1989.

_____        _____
CARLOS R. JIMENEZ RODRIGUEZ              JOSE HERRERO GARCIA

_____
LILLIAM MENDOZA TORO

Affidavit Núm.: 257

JURADO Y SUSCRITO ante mí por el Sr. Carlos R. Jiménez Rodríguez, ejecutivo y vecino de Guaynabo, Puerto Rico y por el Sr. José Herrero, ejecutivo y vecino de Guaynabo, Puerto Rico mayores de edad y casados, y Lilliam Mendoza Toro, mayor de edad, soltera, paralegal y vecina de Río Piedras, Puerto Rico, a quienes conozco personalmente, en San Juan, Puerto Rico, a 30 de mayo de 1989.

                                      _____
                                              NOTARIO PUBLICO

- 2 -



# Estado Libre Asociado de Puerto Rico

## Departamento de Estado

Yo, IRVING A. FACCIO, Secretario Auxiliar de Estado del Estado Libre Asociado de Puerto Rico, **Por la presente certifico**: Que de los records de este Departamento aparece que "TELE GUIA-TALKING YELLOW PAGES, INC.", es una corporación con fines de lucro organizada bajo las Leyes de Puerto Rico, el día 31 de mayo de 1989, a la 1:00 p.m., registro número 72,831.

**En Testimonio de lo cual**, firmo la presente y estampo en ella el Gran Sello del Estado Libre Asociado de Puerto Rico, en la Ciudad de San Juan, hoy día ----catorce---- de ----------junio---------- A.D., mil novecientos ochenta y nueve.

Irving A. Faccio
Secretario Auxiliar de Estado

10028
10027
10018
10017
NUM. DE COMPROBANTE
VOUCHER NUMBER

72831
NUM. [illegible]
13.00
CANTIDAD
AMOUNT

Certifico que dicho documento es una copia
Certify that the foregoing and attached is
fiel y exacta del expediente original de
a true and correct copy of the original file of _____ [illegible] yellow page ____.
consistente de _____ página (s), según aparece en el
consisting of __3__ page (s) document, as it appears
Registro de Corporaciones del Departamento de Estado
in the Corporation Registry in the Department of State.

6/22/7
Fecha
Date