# Exhibit H



**TRANSPERFECT**

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BARCELONA
BOSTON
BRUSSELS
CHARLOTTE
CHICAGO
DALLAS
DENVER
DUBLIN
FRANKFURT
GENEVA
HONG KONG
HOUSTON
IRVINE
LONDON
LOS ANGELES
MIAMI
MINNEAPOLIS
MONTREAL
MUNICH
NEW YORK
PARIS
PHILADELPHIA
PORTLAND
RESEARCH
TRIANGLE PARK
SAN DIEGO
SAN FRANCISCO
SAN JOSE
SEATTLE
SINGAPORE
STOCKHOLM
SYDNEY
TOKYO
TORONTO
WASHINGTON, DC

City of New York, State of New York, County of New York

I, Pam Boyle, hereby certify that the following is, to the best of my knowledge and belief, a true and accurate translation of the attached document "CERTIFICATE OF INCORPORATION: TELE GUIA-TALKING YELLOW PAGES, INC.", from Spanish to English.

Pam Boyle

Sworn to before me this

25th day of July, 2007

Signature, Notary Public

PAUL D. RALSTON
Notary Public, State of New York
No. 01RA6023867
Qualified in Queens County
Commission Expires May 3, 2011

Stamp, Notary Public

TPT 077 rev. 1 20060612

## CERTIFICATE OF INCORPORATION

## TELE GUIA-TALKING YELLOW PAGES, INC.

[stamp:] Received May 31, 1989 – Filings – Department of State

FIRST: The corporation's name is Tele Guía-Talking Yellow Pages, Inc.

SECOND: The corporation's main office or place of business in the Commonwealth of Puerto Rico will be located at Calle K #18, Villa Caparra, Guaynabo, Puerto Rico 00657.

THIRD: The resident agent in charge of said main office is José Herrero García, and his address is Calle K #18, Villa Caparra, Guaynabo, Puerto Rico 00657.

FOURTH: The nature of the businesses, objectives, or purposes which are to be carried out, pursued, or achieved for profit are: to do any or all the things mentioned herein, as fully as they may be done by an individual, in any part of the world, to wit:

Telecommunication and information services for the client; sale and distribution of products and services; resale of long-distance services; consulting in the communications area; performance of commercial transactions and conclusion of contracts of all kinds related to the corporation's businesses.

FIFTH: The number of shares the corporation may issue will be one thousand (1,000) shares with a par value of one dollar ($1.00) per share.

SIXTH: The minimum amount of capital with which the corporation will commence operations will be one thousand dollars ($1,000.00).

SEVENTH: The name and address of each of the incorporators are as follows:

| Name | Address |
|---|---|
| Carlos R. Jiménez Rodríguez | Calle Príncipe de Asturias A-12<br>Mansiones Reales<br>Guaynabo, Puerto Rico 00657 |
| José Herrero García | Calle K-18<br>Villa Caparra<br>Guaynabo, Puerto Rico |

-1-

Lilliam Mendoza Toro                         927 Verdi
                                             Reparto Sevilla
                                             Río Piedras, P.R. 00924

EIGHTH. This corporation will have a perpetual existence.

WE, the undersigned, being the abovementioned incorporators, for the purpose of establishing a for-profit corporation in accordance with the General Corporations Act of the Commonwealth of Puerto Rico, approved on January 9, 1956, execute and file this Certificate, and swear that the facts expressed herein are true.

In San Juan, Puerto Rico, on May __, 1989.

[signature]                                  [signature]
CARLOS R. JIMENEZ RODRIGUEZ                  JOSÉ HERRERO GARCIA

[signature]
LILLIAM MENDOZA TORO

Affidavit No.: [hw:] 237

SWORN AND SUBSCRIBED before me by Mr. Carlos R. Jiménez Rodríguez, an executive and resident of Guaynabo, Puerto Rico, and by Mr. José Herrero, an executive and resident of Guaynabo, Puerto Rico, both of legal age and married, and Lilliam Mendoza Toro, of legal age, single, a paralegal and resident of Río Piedras, Puerto Rico, whom I personally know, in San Juan, Puerto Rico, on May [hw: 30], 1989.

[signature]
María Eugenia Castro Colón
NOTARY PUBLIC

[stamp:] MARIA EUGENIA CASTRO COLON
ATTORNEY-NOTARY
PUERTO RICO

[emblem]

## Commonwealth of Puerto Rico

## Department of State

I, IRVING A. FACCIO, Assistant Secretary of State of the Commonwealth of Puerto Rico, **Do hereby certify:** That it appears in the records of this Department that "TELE GUIA-TALKING YELLOW PAGES, INC." is a for-profit corporation incorporated under the laws of Puerto Rico on May 31, 1989 at 1:00 p.m., with registration number 72,831.

**In witness whereof**, I sign this certification and affix thereon the Great Seal of the Commonwealth of Puerto Rico in the City of San Juan, today the fourteenth day of June, AD nineteen hundred eighty-nine.

_____
Irving A. Faccio
Assistant Secretary of State

E-0425953

[see source for stamp in English and Spanish]