UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TELE-GUÍA TALKING YELLOW PAGES, INC. | : |
| Plaintiff, | : |
| v. | : Civil Case No.: 07-civ-3948-DLC |
| CABLEVISION SYSTEMS CORPORATION, | : ECF CASE |
| Defendant. | : TRIAL BY JURY DEMANDED |

---

**PLAINTIFF'S MOTION WITH CONSENT FOR AN
EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff Tele-Guia Talking Yellow Pages, Inc. ("Plaintiff"), by and through its attorneys of record, hereby requests an extension of time to respond to the Motion to Dismiss filed and served by Defendant Cablevision Systems Corporation ("Cablevision") on August 1, 2007. Plaintiff's response is currently due Monday, August 20, 2007, and Plaintiff, with the Defendant's consent, requests an extension of two weeks, through September 4, 2007, in which to file its opposition to the Motion.

This extension is necessary because counsel for Plaintiff is currently waiting to obtain documents from a third party containing confidentiality provisions that must be negotiated before the documents can be released. The documents are essential to Plaintiff's response to Defendant's Motion to Dismiss. Counsel for Defendant consented to Plaintiff's requested extension in an email dated August 16, 2007.

As of the date of this motion, Plaintiff has made no other requests for an extension of time to respond to the Motion to Dismiss.

Dated: August 16, 2007
      Scarsdale, New York

                                      Respectfully submitted,

                                      Lackenbach Siegel LLP

                        By: _____
                                    Robert B. Golden (RG-6157)
                                    Jeffrey M. Rollings (JR-6940)
                                      One Chase Road
                                      Scarsdale, New York 10583
                                      (914) 723-4300
                                      (914) 723-4301 fax

                                    **Attorneys for Plaintiff Tele-Guía**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the enclosed **PLAINTIFF'S MOTION WITH CONSENT FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS** was served on Defendant Cablevision Systems Corporation on August 16, 2007, via U.S. 1st Class Mail and via electronic mail, addressed to counsel for Defendant as follows:

                              Benjamin Hershkowitz, Esq.
                              Goodwin Procter LLP
                              599 Lexington Avenue
                              New York, New York 10022
                              bhershkowitz@goodwinprocter.com

And via electronic filing which will send electronic copies of the enclosed to counsel of record.

Dated: Scarsdale, New York
      August 16, 2007

                                                      _____
                                                      Nicole Saraco