UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

TELE-GUÍA TALKING YELLOW
PAGES, INC.                                 :

      Plaintiff,                      :

                         :    Civil Case No.: 07-civ-3948-DLC

      v.                              :

                         :    ECF CASE

CABLEVISION SYSTEMS               :
CORPORATION,                          :    TRIAL BY JURY DEMANDED

      Defendant.                      :

------------------------------------------------------- X

**DECLARATION OF JEFFREY M. ROLLINGS IN SUPPORT OF PLAINTIFF
TELE-GUÍA TALKING YELLOW PAGES, INC.'S OPPOSITION TO DEFENDANT
CABLEVISION SYSTEMS CORPORATION'S MOTION TO DISMISS**

I, Jeffrey M. Rollings, declare as follows:

    1.    I am a senior attorney at Lackenbach Siegel LLP, One Chase Road, Scarsdale,

New York 10583, and represent Plaintiff Tele-Guía Talking Yellow Pages, Inc. ("Tele-Guía") in

this case. I submit this Declaration in support of Tele-Guía's Opposition to Defendant

Cablevision Systems Corporation's Motion to Dismiss under Fed. R. Civ. P. 12(b)(7).

    2.    Attached hereto as Exhibit 1 is a true and correct copy of a printout from a patent

assignment search conducted on the United States Patent and Trademark Office ("USPTO")

website, located at **www.uspto.gov**, showing that a conveyance of assignment of U.S. Patent No.

5187735 from Messrs. Carlos R. Jimenez Rodriguez and Jose E. Herrero Garcia to Tele-Guía

was made effective June 4, 1990, and recorded with the USPTO on July 10, 1990.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the first page of U.S.

Patent No. 5479491, showing that U.S. Patent No. 5479491 issued to Tele-Guía on December

26, 1995 as assignee from Messrs. Carlos R. Jimenez Rodriguez and Jose E. Herrero Garcia.

4.      Attached hereto as Exhibit 3 is a true and correct copy, redacted to omit irrelevant, but highly confidential financial information, of an Assignment and Agreement (the "Micron Agreement") executed by and between Tele-Guía and Micron Technology Inc. ("Micron") on or about March 23, 1999 pertaining to U.S. Patent No. 5479491.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter dated March 25, 1999 from Robert F. Gazdizinski of the law firm of Knobbe, Martens, Olson and Bear, on behalf of Micron, designating Lucent Technologies, Inc. as its "Designated Party" pursuant to and under the Micron Agreement.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a Settlement Agreement by and between Liberty Cablevision of Puerto Rico, Inc. ("Liberty") and Tele-Guía dated as May 14, 2003.  This document was previously filed with Cablevision's Motion to Dismiss as Exhibit F to the Declaration of Benjamin Hershkowitz.


Executed under penalty of perjury this 4th day of September, 2007 in Scarsdale, New York.

_____
Jeffrey M. Rollings (JR-6940)
**Lackenbach Siegel LLP**
One Chase Road
Scarsdale, New York 10583
(914) 723-4300
(914) 723-4301 fax

***Attorneys for Plaintiff***

O:\1 Documents\Tele Guia\2007\Jmr\Rollings Declaration.doc

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of each of the enclosed

**PLAINTIFF TELE-GUÍA TALKING YELLOW PAGES, INC.'S OPPOSITION TO DEFENDANT CABLEVISION SYSTEMS CORPORATION'S MOTION TO DISMISS**

and

**DECLARATION OF JEFFREY M. ROLLINGS IN SUPPORT OF PLAINTIFF TELE-GUÍA TALKING YELLOW PAGES, INC.'S OPPOSITION TO DEFENDANT CABLEVISION SYSTEMS CORPORATION'S MOTION TO DISMISS**

were served on Defendant Cablevision Systems Corporation on September 4, 2007, via U.S. 1st Class Mail and via electronic mail, addressed to counsel for Defendant as follows:

Benjamin Hershkowitz, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
bhershkowitz@goodwinprocter.com

and via electronic filing which will send electronic copies of the enclosed to counsel of record.

Dated: Scarsdale, New York
        September 4, 2007

Nicole Saraco

14

O:\1 Documents\Tele Guia\2007\Jmr\OppositionToMTD.doc