# EXHIBIT 1



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Patent Query

# Patent Assignment Details

**NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.**

**Reel/Frame:** 005359/0252    **Pages:** 2
**Recorded:** 07/10/1990
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST.

**Total properties: 1**

1    **Patent #:** 5187735    **Issue Dt:** 02/16/1993    **Application #:** 07517665    **Filing Dt:** 05/01/1990
     **Title:** INTEGRATED VOICE-MAIL BASED VOICE AND INFORMATION PROCESSING SYSTEM

**Assignors**
1    JIMENEZ, CARLOS R.    **Exec Dt:** 06/04/1990
2    HERRERO GARCIA, JOSE E.    **Exec Dt:** 06/04/1990

**Assignee**
1    TELE GUIA TALKING YELLOW PAGES, INC., K STREET NO. 18, VILLA CAPARRA, GUAYNABO, PUERTO RICO 00657, A CORP. OF PUERTO RICO

**Correspondence name and address**
NIXON & VANDERHYE
2200 CLARENDON BLVD., 14TH FL.
ARLINGTON, VA 22201

Search Results as of: 09/04/2007 10:20 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT