# EXHIBIT 2

US005479491A

# United States Patent [19]
## Herrero Garcia et al.

[11] Patent Number: 5,479,491
[45] Date of Patent: Dec. 26, 1995

[54] **INTEGRATED VOICE-MAIL BASED VOICE AND INFORMATION PROCESSING SYSTEM**

[75] Inventors: **Jose E. Herrero Garcia; Carlos R. Jimenez Rodriguez**, both of Guaynabo, Puerto Rico

[73] Assignee: **Tele Guia Talking Yellow Pages,** Guaynabo, Puerto Rico

[21] Appl. No.: **357,769**

[22] Filed: **Dec. 16, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 8,707, Jan. 25, 1993, abandoned, which is a continuation of Ser. No. 517,665, May 1, 1990, Pat. No. 5,187,735.

[51] Int. Cl.$^6$ .................................................. **H04M 1/64**
[52] U.S. Cl. ............................ **379/88**; 379/67; 379/93; 379/211; 379/212; 379/100; 348/7
[58] Field of Search ........................ 379/67, 88, 89, 379/84, 211, 212, 213, 214, 399, 355, 86, 92, 93, 100; 348/7

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| Number | Date | Name | Class |
|---|---|---|---|
| 3,614,328 | 10/1971 | McNaughton . | |
| 4,071,697 | 1/1978 | Bushness et al. . | |
| 4,096,363 | 6/1978 | Earp | 379/399 |
| 4,367,548 | 1/1983 | Cotten, Jr. et al. . | |
| 4,451,700 | 5/1984 | Kempner et al. . | |
| 4,554,418 | 11/1985 | Toy . | |
| 4,558,318 | 12/1985 | Katz et al. | 340/825.34 |
| 4,612,416 | 9/1986 | Emerson et al. . | |
| 4,625,081 | 11/1986 | Lotito et al. | 379/88 |
| 4,640,991 | 2/1987 | Matthews et al. | 379/84 |
| 4,646,346 | 2/1987 | Emerson et al. . | |
| 4,651,150 | 3/1987 | Katz et al. | 340/825.34 |
| 4,659,877 | 12/1987 | Dorsey et al. . | |
| 4,700,378 | 12/1987 | Brown . | |
| 4,710,995 | 12/1987 | Kauffman | 379/92 |
| 4,716,583 | 12/1987 | Groner et al. . | |
| 4,734,931 | 3/1988 | Bourg et al. . | |
| 4,739,322 | 4/1988 | Katz et al. | 340/825.34 |
| 4,757,267 | 7/1988 | Riskin | 379/113 |
| 4,788,682 | 11/1988 | Vij et al. . | |
| 4,790,003 | 12/1988 | Kepley et al. . | |
| 4,792,968 | 12/1988 | Katz | 379/92 |

(List continued on next page.)

#### OTHER PUBLICATIONS

Blount, "Talking Yellow Pages," *Target Marketing*, vol. 10, No. 10, p. 40, Oct. 1987.
"Interactive Voice Information System" and other publications, Brite Voice Systems, Inc. 1989.
"Net Launches Enhanced Services With Uniform Interface," *Boc Week*, vol. 6, No. 27, p. 2, Jul. 17, 1989.
Voice Processing: "Defining Terms" and other articles, *Teleconnect*, pp. 64–108, Apr. 1989.
*Advertising Age*, p. 35, "Shoppers tune in national cable network," Michael Kaplan, Clearwater, Fla., Mar. 6, 1986.

(List continued on next page.)

*Primary Examiner*—Jeffery A. Hofsass
*Assistant Examiner*—Fan Tsang
*Attorney, Agent, or Firm*—Nixon & Vanderhye

[57] **ABSTRACT**

An innovative "one-stop" full service telephone call/communications handling system combining voice mail, voice recognition, database handling and networking features into an integrated system provides highly cost effective solutions for even small organization and individual users. A voice mail system is programmed to automatically answer incoming telephone calls from incoming sources, and offers callers different options depending upon the number they call in on. Some incoming telephone lines are dedicated to particular services or types of callers, while other incoming lines provide a more general public interface for a variety of services offered by the system. The system of the present invention provides a more generalized interface offering callers a variety of different functions/operations/capabilities, including electronic yellow pages, long distance credit card calling services, voice mail and voice conversion, one-stop travel arrangements, and high quality voice mail audio prompts.

**12 Claims, 19 Drawing Sheets**

