# EXHIBIT 4

INTELLECTUAL PROPERTY LAW

KNOBBE, MARTENS, OLSON & BEAR

A LIMITED LIABILITY PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS

PATENT, TRADEMARK AND COPYRIGHT CAUSES

501 WEST BROADWAY
SUITE 1400
SAN DIEGO, CALIFORNIA 92101-3505
(619) 235-8550
FAX (619) 235-0176
INTERNET: WWW.KMOB.COM

LOUIS J. KNOBBE*
DON W. MARTENS*
GORDON H. OLSON*†
JAMES B. BEAR
DARRELL L. OLSON*
WILLIAM B. BUNKER
WILLIAM H. NIEMAN
LOWELL ANDERSON
ARTHUR S. ROSE†
JAMES F. LESNIAK
NED A. ISRAELSEN
DREW S. HAMILTON
JERRY T. SEWELL
JOHN B. SGANGA, JR.
EDWARD A. SCHLATTER
GERARD VON HOFFMANN
JOSEPH R. RE
CATHERINE J. HOLLAND
JOHN M. CARSON
KAREN VOGEL WEIL†
ANDREW H. SIMPSON
JEFFREY L. VAN HOOSEAR
DANIEL E. ALTMAN
ERNEST A. BEUTLER
MARGUERITE L. GUNN
STEPHEN C. JENSEN
VITO A. CANUSO III
WILLIAM H. SHREVE
LYNDA J. ZADRA-SYMES††
STEVEN J. NATAUPSKY

PAUL A. STEWART
JOSEPH F. JENNINGS
CRAIG S. SUMMERS
ANNEMARIE KAISER
BRENTON R. BABCOCK†
THOMAS F. SMEGAL, JR.
MICHAEL H. TRENHOLM
DIANE M. REED
JONATHAN A. BARNEY
RONALD J. SCHOENBAUM
JOHN R. KING
FREDERICK S. BERRETTA
NANCY WAYS VENSKO
JOHN P. GIEZENTANNER
ADEEL S. AKHTAR
RICHARD C. GILMORE
THOMAS R. ARNO
DAVID N. WEISS
DANIEL HART
JAMES T. HAGLER
DOUGLAS G. MUEHLHAUSER
LORI L. YAMATO
STEPHEN M. LOBBIN
ANN A. BYUN
ROBERT F. GAZDZINSKI
FRED C. HERNANDEZ
STACEY R. HALPERN†
MICHAEL K. FRIEDLAND
DALE C. HUNT
LEE W. HENDERSON

DEBORAH S. SHEPHERD
RICHARD E. CAMPBELL
MARK M. ABUMERI
JON W. GURKA
KATHERINE W. WHITE
JOSEPH J. BASISTA
ERIC M. NELSON
ALEXANDER C. CHEN
MARK R. BENEDICT
PAUL N. CONOVER
JOHN P. MUSONE
ROBERT J. ROBY
SABING H. LEE
KAROLINE A. DELANEY
JOHN W. HOLCOMB
JAMES J. MULLEN, III
JOSEPH S. CIANFRANI
JOSEPH M. REISMAN
WILLIAM R. ZIMMERMAN
GLEN L. NUTTALL
ERIC S. FURMAN
DO TE KIM
TIRZAH ABE LOWE
GEOFFREY Y. IIDA
ALEXANDER S. FRANCO
SANJIVPAL S. GILL
SUSAN M. MOSS
GUY PERRY

OF COUNSEL
JERRY R. SEILER

JAPANESE PATENT ATTY
KATSUHIRO ARAI**

EUROPEAN PATENT ATTY
MARTIN HELLEBRANDT

KOREAN PATENT ATTY
MINCHEOL KIM

SCIENTISTS & ENGINEERS
(NON-LAWYERS)

RAIMOND J. SALENIEKS**
MICHAEL L. FULLER**
NEIL S. BARTFELD**
DANIEL E. JOHNSON**
JEFFERY KOEPKE
KHURRAM RAHMAN
JENNIFER A. HAYNES
BRENDAN P. O NEILL
MARRINA Q. MEI
THOMAS Y. NAGATA
JOHN M. GROVER**
ALAN C. GORDON
PETER M. MIDGLEY
IRFAN A. LATEEF
AMY C. CHRISTENSEN
SHEILA N. SWAROOP

RECEIVED
MAR 30 1999

March 25, 1999

## VIA FACSIMILE, ORIGINAL BY MAIL

Mr. José E. Herrero-Garcia, President
Tele Guia Talking Yellow Pages, Inc.
504 (Altos) Francisco Seinz Street
Hato Rey, PR 00918

Re: Letter of Designation – Assignment and Agreement ("Agreement") Regarding U.S. Patent No. 5,479,491

Dear Mr. Herrero-Garcia:

In accordance with Section 3.2.1 of the above-identified Agreement, Micron Technology, Inc. (MTI) hereby designates the following entity as the Designated Party as defined in the Agreement:

1.  **Lucent Technologies, Inc.**

By delivery of this letter, it is MTI's understanding that it is in full compliance with the requirements of Section 3.2.1 of the Agreement. A copy of this letter has also been forwarded to Mr. De Guzman Vendrell at CNRD.

If you have questions, please call me at (619) 687-8627.

Sincerely,

Robert F. Gazdzinski

cc: W. David Westergard, Esq. (MTI)
    Guillermo De Guzman Vendrell, Esq. (CNRD)

S:\DOCS\RFG\RFG-1662.DOC
032599

275 BATTERY STREET
SUITE 1840
SAN FRANCISCO, CALIFORNIA 94111
(415) 954-4114
FAX (415) 954-4111

620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH, CALIFORNIA 92660
(949) 760-0404
FAX (949) 760-9502

3801 UNIVERSITY AVENUE
SUITE 710
RIVERSIDE, CALIFORNIA 92501
(909) 781-9231
FAX (909) 781-4507

* A PROFESSIONAL CORPORATION
† ALSO MEMBER OF D.C. BAR
†† ALSO BARRISTER AT LAW (U.K.)
** U.S. PATENT AGENT