**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., | |
| Plaintiff, | 07-cv-3948-DLC |
| v. | Jury Trial Demanded |
| CABLEVISION SYSTEMS CORPORATION, | ECF Case |
| Defendant. | |

**DEFENDANT CABLEVISION SYSTEM CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant Cablevision Systems Corporation ("CSC") hereby requests the Court grant a one week extension of time for CSC to reply to *Plaintiff Tele-Guia Talking Yellow Pages, Inc.'s Opposition to Defendant Cablevision Systems Corporation's Motion to Dismiss*. CSC's reply is currently due Friday, September 14, 2007. Plaintiff and CSC have agreed, subject to Court approval, that this deadline be extended one week making the new deadline Friday, September 21, 2007.

Plaintiff agreed to this extension on August 16, 2007 at the same time that CSC agreed to the two week extension for Plaintiff to file its *Opposition to Defendant Cablevision Systems Corporation's Motion to Dismiss*. CSC requested the extension of time to file its reply because of scheduling conflicts caused by the new briefing schedule.

CSC accordingly moves the Court to extend the deadline for CSC to reply to *Plaintiff Tele-Guia Talking Yellow Pages, Inc.'s Opposition to Defendant Cablevision Systems Corporation's Motion to Dismiss* to Friday, September 21, 2007.

2

Dated: September 5, 2007   Respectfully submitted,

      /s/ Benjamin Hershkowitz
Benjamin Hershkowitz (BH 7256)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (tel.)
(212) 355-3333 (fax)
bhershkowitz@goodwinprocter.com

Attorneys for Defendant
Cablevision Systems Corporation