**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/07

---

TELE-GUIA TALKING YELLOW PAGES, INC.,

Plaintiff,

v.

CABLEVISION SYSTEMS CORPORATION,

Defendant.

07-cv-3948-DLC

Jury Trial Demanded

ECF Case

### DEFENDANT CABLEVISION SYSTEM CORPORATION'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Defendant Cablevision Systems Corporation ("CSC") hereby requests the Court grant a one week extension of time for CSC to reply to *Plaintiff Tele-Guia Talking Yellow Pages, Inc.'s Opposition to Defendant Cablevision Systems Corporation's Motion to Dismiss*. CSC's reply is currently due Friday, September 14, 2007. Plaintiff and CSC have agreed, subject to Court approval, that this deadline be extended one week making the new deadline Friday, September 21, 2007.

Plaintiff agreed to this extension on August 16, 2007 at the same time that CSC agreed to the two week extension for Plaintiff to file its *Opposition to Defendant Cablevision Systems Corporation's Motion to Dismiss*. CSC requested the extension of time to file its reply because of scheduling conflicts caused by the new briefing schedule.

CSC accordingly moves the Court to extend the deadline for CSC to reply to *Plaintiff Tele-Guia Talking Yellow Pages, Inc.'s Opposition to Defendant Cablevision Systems Corporation's Motion to Dismiss* to Friday, September 21, 2007.

*Granted.*

*Denise Cote*

*September 7, 2007*

Dated: September 5, 2007                    Respectfully submitted,

                                            _____/s/ Benjamin Hershkowitz
                                            Benjamin Hershkowitz (BH 7256)
                                            GOODWIN PROCTER LLP
                                            599 Lexington Avenue
                                            New York, NY 10022
                                            (212) 813-8800 (tel.)
                                            (212) 355-3333 (fax)
                                            bhershkowitz@goodwinprocter.com

                                            Attorneys for Defendant
                                            Cablevision Systems Corporation