**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | **07-cv-3948-DLC** <br><br> **Jury Trial Demanded** <br><br> **ECF Case** |

**DECLARATION OF BENJAMIN HERSHKOWITZ IN FURTHER SUPPORT OF CABLEVISION SYSTEMS CORPORATION'S MOTION TO DISMISS**

I, Benjamin Hershkowitz, declare as follows:

1. I am a partner at Goodwin Procter LLP, 599 Lexington Avenue, New York, New York 10022, and represent Cablevision Systems Corporation in this Action. I submit this Declaration in further support of *Cablevision Systems Corporation's Motion to Dismiss*.

2. Attached hereto as Exhibit I is a true and correct copy of an excerpt from the 2007 American Intellectual Property Law Association Economic Survey.

3. Attached hereto as Exhibit J is a true and correct copy of a Courtlink litigation search for litigations involving United States Patent No. 5,479,491.

4. Attached hereto as Exhibit K is a true and correct copy of a Courtlink litigation search for litigations involving United States Patent No. 5,187,735.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 21ST DAY OF

SEPTEMBER, 2007.

                                                /s/ Benjamin Hershkowitz
Benjamin Hershkowitz (BH 7256)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (tel.)
(212) 355-3333 (fax)
bhershkowitz@goodwinprocter.com