# EXHIBIT I

# AIPLA

# Report of the Economic Survey

# 2007

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

# *AIPLA*

# Report of the Economic Survey 2007

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Kevin Alan Wolff, Chair
Ashok K. Mannava, Vice Chair

July 2007



4 Research Place, Suite 220
Rockville, Maryland 20850
Tel: (240) 268-1262
ARI@associationresearch.com

©2007 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $35 PER COPY FOR MEMBERS AND $300 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
241 18TH STREET, SOUTH, SUITE 700
ARLINGTON VA 22202-3694
(703) 415-0780
WWW.AIPLA.ORG

*Total Costs: Litigation-Patent Infringement by Location*

**Litigation-Patent Infringement Less than $1M at risk--End of Discovery (000s) (Q36a)**

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 348 | 21 | 27 | 18 | 38 | 12 | 16 | 12 | 24 | 8 | 63 | 32 | 19 | 19 | 36 |
| Mean (Average) | $461 | $687 | $595 | $546 | $438 | $436 | $471 | $327 | $550 | $606 | $378 | $521 | $391 | $429 | $314 |
| First Quartile 25% | $200 | $225 | $200 | $119 | $188 | $258 | $313 | $194 | $200 | $500 | $200 | $250 | $150 | $150 | $163 |
| Median (Midpoint) | $350 | $500 | $350 | $350 | $300 | $350 | $425 | $300 | $375 | $550 | $250 | $450 | $400 | $300 | $300 |
| Third Quartile 75% | $500 | $850 | $750 | $575 | $500 | $688 | $613 | $400 | $713 | $713 | $400 | $725 | $600 | $500 | $400 |

**Litigation-Patent Infringement Less than $1M at risk--Inclusive, all costs (000s) (Q36b)**

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 341 | 19 | 28 | 16 | 37 | 12 | 15 | 12 | 24 | 7 | 61 | 31 | 19 | 21 | 36 |
| Mean (Average) | $767 | $964 | $1,107 | $603 | $786 | $645 | $882 | $523 | $726 | $1,043 | $598 | $958 | $665 | $964 | $576 |
| First Quartile 25% | $380 | $500 | $425 | $256 | $350 | $425 | $600 | $294 | $306 | $800 | $338 | $500 | $250 | $450 | $300 |
| Median (Midpoint) | $600 | $750 | $675 | $550 | $500 | $500 | $750 | $450 | $625 | $1,000 | $500 | $750 | $750 | $600 | $500 |
| Third Quartile 75% | $1,000 | $1,250 | $1,500 | $850 | $1,125 | $900 | $1,000 | $688 | $1,000 | $1,000 | $643 | $1,000 | $1,000 | $1,625 | $738 |

**Litigation-Patent Infringement $1-$25M at risk--End of Discovery (000s) (Q36c)**

| | | | | | | | Location | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 450 | 29 | 35 | 18 | 48 | 19 | 19 | 14 | 39 | 15 | 69 | 41 | 27 | 33 | 39 |
| Mean (Average) | $1,589 | $1,888 | $2,021 | $1,483 | $1,630 | $2,008 | $1,717 | $1,452 | $1,691 | $2,233 | $759 | $1,824 | $1,623 | $1,732 | $1,351 |
| First Quartile 25% | $700 | $900 | $1,000 | $250 | $750 | $600 | $880 | $575 | $1,150 | $1,500 | $400 | $1,000 | $500 | $775 | $650 |
| Median (Midpoint) | $1,250 | $1,750 | $2,000 | $1,625 | $1,000 | $1,000 | $1,500 | $875 | $1,500 | $2,000 | $600 | $1,500 | $1,250 | $1,500 | $1,000 |
| Third Quartile 75% | $2,000 | $3,000 | $3,000 | $2,500 | $2,000 | $3,000 | $2,000 | $2,125 | $2,300 | $3,000 | $1,000 | $2,750 | $2,500 | $2,250 | $2,000 |

## Total Costs: Litigation-Patent Infringement by Location

**Litigation-Patent Infringement $1-$25M at risk--Inclusive, all costs (000s) (Q36d)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 446 | 29 | 38 | 18 | 47 | 17 | 20 | 12 | 37 | 14 | 69 | 40 | 26 | 36 | 39 |
| Mean (Average) | $2,645 | $3,066 | $3,354 | $2,582 | $2,863 | $2,803 | $2,985 | $2,104 | $2,515 | $3,114 | $1,467 | $3,014 | $2,823 | $3,133 | $2,378 |
| First Quartile 25% | $1,250 | $2,000 | $2,000 | $500 | $1,500 | $780 | $1,625 | $850 | $1,875 | $1,850 | $775 | $1,650 | $1,475 | $2,000 | $850 |
| Median (Midpoint) | $2,500 | $2,750 | $3,250 | $2,750 | $2,000 | $2,000 | $3,000 | $1,375 | $2,500 | $2,750 | $1,250 | $3,000 | $2,650 | $3,000 | $2,000 |
| Third Quartile 75% | $3,500 | $4,000 | $4,438 | $4,000 | $3,500 | $5,500 | $3,563 | $3,375 | $3,000 | $4,250 | $2,000 | $4,000 | $3,625 | $4,000 | $3,000 |

**Litigation-Patent Infringement Greater than $25M at risk--End of Discovery (000s) (Q36e)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 415 | 31 | 37 | 14 | 48 | 14 | 18 | 9 | 34 | 13 | 59 | 41 | 18 | 38 | 36 |
| Mean (Average) | $3,340 | $3,337 | $4,189 | $3,154 | $3,454 | $3,929 | $3,903 | $2,744 | $3,424 | $3,654 | $1,853 | $3,104 | $3,594 | $4,209 | $3,410 |
| First Quartile 25% | $1,500 | $1,500 | $2,500 | $688 | $2,000 | $1,825 | $1,563 | $1,000 | $2,000 | $2,000 | $700 | $1,500 | $2,000 | $2,500 | $1,500 |
| Median (Midpoint) | $3,000 | $3,000 | $4,000 | $3,200 | $3,500 | $2,250 | $3,750 | $1,500 | $3,000 | $3,000 | $1,250 | $2,500 | $3,000 | $4,000 | $3,000 |
| Third Quartile 75% | $4,500 | $5,000 | $5,000 | $3,650 | $4,375 | $5,250 | $5,125 | $3,750 | $4,000 | $4,000 | $3,000 | $4,500 | $5,000 | $5,000 | $4,875 |

**Litigation-Patent Infringement Greater than $25M at risk--Inclusive, all costs (000s) (Q36f)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.- St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 419 | 31 | 35 | 15 | 47 | 15 | 21 | 8 | 32 | 12 | 60 | 40 | 18 | 42 | 38 |
| Mean (Average) | $5,499 | $5,410 | $6,586 | $5,228 | $5,767 | $6,960 | $6,631 | $4,163 | $5,267 | $5,435 | $3,690 | $5,014 | $5,903 | $6,480 | $5,791 |
| First Quartile 25% | $3,000 | $3,500 | $5,000 | $1,225 | $4,500 | $2,750 | $3,500 | $2,000 | $3,063 | $2,875 | $1,500 | $2,550 | $4,000 | $4,000 | $3,000 |
| Median (Midpoint) | $5,000 | $5,000 | $6,000 | $5,000 | $5,000 | $4,000 | $6,000 | $2,500 | $4,500 | $5,000 | $3,000 | $5,000 | $5,000 | $6,000 | $5,000 |
| Third Quartile 75% | $7,000 | $7,000 | $7,500 | $7,000 | $7,000 | $10,000 | $7,750 | $6,500 | $6,750 | $7,000 | $5,000 | $7,000 | $7,625 | $7,850 | $7,475 |