# EXHIBIT K

### Search Result List

| Patent | Class | Subclass | Description | Court | Docket Number | Filed | Date Retrieved |
|---|---|---|---|---|---|---|---|
| 5,187,735 | 379 | 88.17 | Tele-Guia Talking Yellow Pages, Inc v. Cablevision Systems Corporatio | US-DIS-NYSD | 1:07cv3948 | 5/21/2007 | 6/22/2007 |
| 5,187,735 | 379 | 88.17 | Tele-Guia Talking Yellow Pages, Inc v. Latin American Enterprises, Inc | US-DIS-PRD | 3:04cv2047 | 10/5/2004 | 12/31/2006 |

Total number of results: 2

**Search Title**      Patent Search 5,187,735 6/22/2007
**Patent Number**     5,187,735
**Client Matter Code** 121159-173581