UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
TELE-GUÍA TALKING YELLOW
PAGES, INC.

    Plaintiff,                                  Civil Case No.: 07-civ-3948-DLC

    v.                                          ECF CASE

CABLEVISION SYSTEMS             TRIAL BY JURY DEMANDED
CORPORATION,

    Defendant.
---------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the enclosed **NOTICE OF INITIAL PRETRIAL CONFERENCE AND INDIVIDUAL PRACTICES OF JUDGE DENISE L. COTE** were served on Defendant CABLEVISION SYSTEMS CORPORATION on November 2, 2007 via facsimile addressed to counsel for Defendant as follows:

                Benjamin Hershkowitz, Esq.
                Goodwin Procter LLP
                599 Lexington Avenue
                New York, New York 10022

Dated: Scarsdale, New York
        November 2, 2007

                                                        _/s/ Nicole Saraco_
                                                          Nicole Saraco