UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br><br>    Defendant. | Case No. 1:07-cv-3948-DLC<br><br>Jury Trial Demanded |

**NOTICE OF APPEARANCE**

Please enter the appearance of Bradley W. Micsky, of Goodwin Procter LLP, as counsel for Defendant Cablevision Systems Corporation in the above-captioned matter. I certify that I am admitted to practice in this Court.

                                                                                 Respectfully submitted,

Dated:  New York, NY                  GOODWIN PROCTER LLP
           November 15, 2007

                                                           /s/ Bradley W. Micsky
                                                      Bradley W. Micsky (BM 9447)
                                                      599 Lexington Avenue
                                                      New York, NY 10022
                                                      Tel.: 212.813.8800
                                                      Fax: 212.355.3333
                                                      bmicsky@goodwinprocter.com

                                                      Attorneys for Defendant
                                                      Cablevision Systems Corporation