**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | Case No. 1:07-cv-3948-DLC <br><br> Jury Trial Demanded |

**NOTICE OF APPEARANCE**

     Please enter the appearance of Charles Wizenfeld, of Goodwin Procter LLP, as counsel for Defendant Cablevision Systems Corporation in the above-captioned matter. I certify that I am admitted to practice in this Court.

                                        Respectfully submitted,

Dated: New York, NY             GOODWIN PROCTER LLP
        November 15, 2007

                                        /s/ Charles Wizenfeld
                                      Charles Wizenfeld (CW 2004)
                                      599 Lexington Avenue
                                      New York, NY 10022
                                      Tel.: 212.813.8800
                                      Fax: 212.355.3333
                                      cwizenfeld@goodwinprocter.com

                                      Attorneys for Defendant
                                      Cablevision Systems Corporation