UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br><br>Defendant. | Case No. 1:07-cv-3948-DLC<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael S. DeVincenzo, of Goodwin Procter LLP, as counsel for Defendant Cablevision Systems Corporation in the above-captioned matter. I certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated: New York, NY
November 15, 2007

GOODWIN PROCTER LLP

 /s/ Michael S. DeVincenzo
Michael S. DeVincenzo (MD 2536)
599 Lexington Avenue
New York, NY 10022
Tel.: 212.813.8800
Fax: 212.355.3333
mdevincenzo@goodwinprocter.com

Attorneys for Defendant
Cablevision Systems Corporation

LIBNY/4647585.1