UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TELE-GUÍA TALKING YELLOW PAGES, INC. | |
| Plaintiff-Counterclaim Defendant, | |
| v. | Civil Case No.: 07-civ-3948-DLC |
| CABLEVISION SYSTEMS CORPORATION, | ECF CASE |
| Defendant-Counterclaimant. | TRIAL BY JURY DEMANDED |

---

**PLAINTIFF TELE-GUÍA TALKING YELLOW PAGES, INC.'S REPLY TO DEFENDANT CABLEVISION SYSTEM CORPORATION'S COUNTERCLAIMS**

Plaintiff / Tele-Guía Talking Yellow Pages, Inc. ("Plaintiff"), by and through its attorneys, for its reply and defenses to the Answer with Counterclaims ("Counterclaims") of Defendant / Counterclaimant Cablevision Systems Corporation, hereby responds and alleges as follows:

**PARTIES**

1. Plaintiff admits the allegations set forth in Paragraph 1 of the Counterclaims.

2. Plaintiff admits the allegations set forth in Paragraph 2 of the Counterclaims.

**JURISDICTION AND VENUE**

3. Plaintiff admits the allegations set forth in Paragraph 3 of the Counterclaims.

4. Plaintiff admits the allegations set forth in Paragraph 4 of the Counterclaims.

5. Plaintiff admits the allegations set forth in Paragraph 5 of the Counterclaims.

6. Plaintiff admits the allegations set forth in Paragraph 6 of the Counterclaims.

7. Plaintiff admits the allegations set forth in Paragraph 7 of the Counterclaims.

## FIRST COUNTERCLAIM: DECLARATION OF NON-INFRINGEMENT

8. Plaintiff hereby repeats and realleges its responses to paragraphs 1-7 of the Counterclaims as if such responses were set forth in full herein.

9. Plaintiff denies the allegations set forth in paragraph 9 of the Counterclaims.

## SECOND COUNTERCLAIM: DECLARATION OF INVALIDITY

10. Plaintiff hereby repeats and realleges its responses to paragraphs 1-9 of the Counterclaims as if such responses were set forth in full herein.

11. Plaintiff denies the allegations set forth in paragraph 11 of the Counterclaims.

## THIRD COUNTERCLAIM: DECLARATION OF LACHES

12. Plaintiff hereby repeats and realleges its responses to paragraphs 1-11 of the Counterclaims as if such responses were set forth in full herein.

13. Plaintiff lacks information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13 of the Counterclaims, and therefore denies same.

14. Plaintiff admits with respect to date of contact, but otherwise denies the remaining allegations set forth in paragraph 14 of the Counterclaims.

15. Plaintiff denies the allegations set forth in paragraph 15 of the Counterclaims.

16. Plaintiff denies the allegations set forth in paragraph 16 of the Counterclaims.

17. Plaintiff denies the allegations set forth in paragraph 17 of the Counterclaims.

**WHEREFORE**, Tele-Guía respectfully prays that the Court dismiss the counterclaims in their entirety with prejudice.

Dated: December 4, 2007

                                         Respectfully submitted,

                                         **LACKENBACH SIEGEL LLP**

                                         By: _/s/ Robert B. Golden_
                                                 Howard N. Aronson (HA-6743)
                                                 Robert B. Golden (RG-6157)
                                                 One Chase Road
                                                 Scarsdale, New York 10583
                                                 (914) 723-4300
                                                 (914) 723-4301 fax

                                         *Attorneys for Plaintiff Tele-Guía*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the enclosed **PLAINTIFF TELE-GUÍA TALKING YELLOW PAGES, INC.'S REPLY TO DEFENDANT CABLEVISION SYSTEM CORPORATION'S COUNTERCLAIMS** was served on Defendant Cablevision Systems Corporation on December 4, 2007, via U.S. 1st Class Mail and via electronic mail, addressed to counsel for Defendant as follows:

Benjamin Hershkowitz, Esq.
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
bhershkowitz@goodwinprocter.com

And via electronic filing which will send electronic copies of the enclosed to counsel of record.

Dated: Scarsdale, New York
December 4, 2007

*Nicole Saraco*
Nicole Saraco