```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
TELE-GUIA TALKING YELLOW PAGES,     :    07 CIV. 3948 (DLC)
INC.,                               :
                                    :    ORDER REFERRING
                 Plaintiff,         :    CASE FOR MEDIATION
                                    :
      -v-                           :
                                    :
CABLEVISION SYSTEMS CORPORATION,    :
                                    :
                 Defendant.         :
                                    :
-----------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12-11-07

To the Clerk of Court:

    Pursuant to the Civil Justice Expense and Delay Reduction Plan this case has been determined to be eligible for mediation and is referred for mediation.

    You are directed to report to this Court the result of the mediation conference or the exclusion of the case from mediation.

    The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties otherwise agree. The identity of the Mediator is not to be disclosed to the Court. Persons authorized by the Court to administer or evaluate the mediation program, however, may have access to information necessary to administer or evaluate the program. Parties, counsel and mediators may respond to confidential inquiries or surveys by persons authorized by the Court to administer or evaluate the mediation program.

    The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence. The Mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relating to the dispute, including actions between persons not parties to the mediation process.

    So Ordered:

Dated:   New York, New York
          December 10, 2007

                                      _____
                                            DENISE COTE
                                 United States District Judge