```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TELE-GUIA TALKING YELLOW PAGES, INC.,   :    07 CIV. 3948 (DLC)
                                        :
                Plaintiff,              :       PRETRIAL
                                        :    SCHEDULING ORDER
        -v-                             :
                                        :
CABLEVISION SYSTEMS CORPORATION,        :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on December 7, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. This case will be referred to mediation. The Clerk of Court will contact the parties when a mediator has been selected.

2. No additional parties may be joined or pleadings amended after **January 25, 2008**.

3. The "Markman" motion shall be fully submitted by **July 16, 2008**.

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

4. All fact discovery shall be completed by **December 12, 2008**.

5. Identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., by the party bearing the burden of proof on the issue must occur by **January 9, 2009**. Identification of experts and disclosure of expert testimony in rebuttal must occur by **February 6, 2009**.

6. All expert discovery must be completed by **March 6, 2009**.

7.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **April 3, 2009**
    - Opposition served by **April 24, 2009**
    - Reply served by **May 1, 2009**

8.  In the event no motion is filed, the Joint Pretrial Order must be filed by **April 3, 2009**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing. expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

Dated:   New York, New York
         December 11, 2007

                                          _____
                                                  DENISE COTE
                                          United States District Judge