# Lackenbach Siegel, LLP
INTELLECTUAL PROPERTY ATTORNEYS SINCE 1923

## MEMO ENDORSED



January 17, 2008

**Via U.S. 1ˢᵗ Class Mail**

Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 870
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-22-08
```

      Re:   *Tele-Guia Talking Yellow Pages, Inc. v. Cablevision Systems Corporation*
             *Case No.: 07-cv-3948-DLC*

Dear Judge Cote:

      As counsel for Plaintiff in the above-referenced matter, we respectfully request your Honor's guidance with regard to the procedure to follow regarding our *Motion To Admit Counsel Pro Hac Vice*, which was sent for filing via First Class Mail to the United States District Court for the Southern District of New York, to the attention of the Admissions Clerk, on January 3, 2008, with a copy sent to opposing counsel. As of today, Thursday, January 17, 2008, the Admissions Clerk has reported to us that the papers have arrived at the Courthouse and will reach your Honor's Chambers by the end of the week.

      In the meantime, however, the Defendant in the case has submitted to the Court two letters. The letters, dated January 7, 2008, and January 8, 2008, respectively, refer to our *Motion To Admit Counsel Pro Hac Vice*, opposing counsel apparently having received their copies of the motion papers on Monday, January 7, 2008.

      As counsel for Plaintiff, we wish to ensure that our Reply to any Opposition that counsel for Defendant may serve will be timely. As discussed above, the ambiguity arises because the original motion papers were not processed by the Clerk's Office until today. Inasmuch as the Local Civil Rules state that "[o]n all civil motions…other than those described in Rule 6.1(a)…(2) any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and (3) any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers" (Local civil Rule 6.1(b)(2) and (3)) we respectfully request that the Court

---

LACKENBACH SIEGEL BUILDING, ONE CHASE ROAD, SCARSDALE, NEW YORK 10583 U.S.A.
TELEPHONE (914)723-4300   FACSIMILE: (914)723-4301   e-Mail: mail@Lackenbach.com

# Lackenbach Siegel, LLP
INTELLECTUAL PROPERTY
ATTORNEYS SINCE 1923

Honorable Denise L. Cote
United States District Court
For the Southern District of New York
January 17, 2008
Page 2 of 2


confirm that our Reply will be timely if filed within five days of the service of any opposing affidavits and answering memoranda and not earlier than January 24, 2008.

Very truly yours,

**Lackenbach Siegel LLP**

s/ Eileen C. De Vries
Eileen C. De Vries
For the Firm

HNA/ns

cc: Benjamin Hershkowitz, Esq. via facsimile

*The reply is due January 24, 2008.*

*Denise Cote*
*January 22, 2008*