RECEIVED 2008
JAN 17 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------- X
TELE-GUÍA TALKING YELLOW         :
PAGES, INC.                       :
    Plaintiff-Counterclaim Defendant, :
                                  :
v.                                :   Civil Case No.: 07-civ-3948-DLC
                                  :
CABLEVISION SYSTEMS               :   MOTION TO ADMIT
CORPORATION,                      :   COUNSEL PRO HAC VICE
    Defendant-Counterclaimant.   :
--------------------------------------------------- X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Howard N. Aronson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Guillermo F. DeGuzmán-Vendrell |
| Firm Name: | DeGuzmán Law Offices, PSC |
| Address: | 268 Ponce de León Avenue |
| | The Hato Rey Center, Suite 904 |
| City/State/Zip: | Hato Rey, Puerto Rico 00918 |
| Phone Number: | 787.756.2765 |
| Fax Number: | 787.756.4024 |

Guillermo F. DeGuzmán-Vendrell is a member in good standing of the Bar of the States of:
    1. The Supreme Court of the Commonwealth of Puerto Rico (1983)
    2. United States District Court of the District of Puerto Rico (1984)
    3. United States Circuit Court of Appeals for the First Circuit (1984)
    4. United States Court of Federal Claims (1999)

There are no pending disciplinary proceedings against Guillermo F. DeGuzmán-Vendrell in any State or Federal Court.

Dated: January 2, 2008
    Scarsdale, New York

Respectfully Submitted:

Howard N. Aronson (HA – 6743)
Lackenbach Siegel LLP
One Chase Road
Scarsdale, New York 10583
914-723-4300 phone
914-723-4301 fax

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
TELE-GUÍA TALKING YELLOW      :
PAGES, INC.                   :
                              :
   **Plaintiff-Counterclaim Defendant,**   :
                              :   Civil Case No.: 07-civ-3948-DLC
   v.                         :
                              :   ECF CASE
CABLEVISION SYSTEMS           :
CORPORATION,                  :   AFFIDAVIT OF HOWARD N.
                              :   ARONSON IN SUPPORT OF
   **Defendant-Counterclaimant.**          :   MOTION TO ADMIT
---------------------------------------------------------- X   COUNSEL *PRO HAC VICE*

State of New York   )
                    )   ss:
County of Westchester)

Howard N. Aronson, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Lackenbach Siegel LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Guillermo F. DeGuzmán-Vendrell as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Guillermo F. DeGuzmán-Vendrell since 1999.

4. Mr. Guillermo F. DeGuzmán-Vendrell is a partner at DeGuzmán Law Offices, PSC in Hato Rey, Puerto Rico.

5. I have found Mr. DeGuzmán-Vendrell to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Guillermo F. DeGuzmán-Vendrell, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Guillermo F. DeGuzmán-Vendrell, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Guillermo F. DeGuzmán-Vendrell, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 2, 2008
       Scarsdale, New York

Respectfully Submitted:

_____
Howard N. Aronson (HA – 6743)
Lackenbach Siegel LLP
One Chase Road
Scarsdale, New York 10583
914-723-4300 phone
914-723-4301 fax

On the 2nd day of January in the year 2008 before me, the undersigned, personally appeared Howard N. Aronson, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Nicole Saraco

NICOLE SARACO
Notary Public, State of New York
No. 01SA6116707
Qualified in Westchester County
Commission Expires October 4, 20 __

AO 136 (Rev.9/98)Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## For The District Of Puerto Rico

## CERTIFICATE OF GOOD STANDING

I, __Frances Rios de Moran, Esq.__, Clerk of this Court, certify that **Guillermo De-Guzman Vendrell** Bar number __201309__, was duly admitted to practice in this Court on **May 4, 1984**, and is in good standing as a member of the Bar of this Court.

Dated at __San Juan__, on __December 27, 2007__
   City                           Date

Frances Rios de Moran, Esq.
   Clerk of Court

Neil Almeida
Deputy Clerk

*Commonwealth of Puerto Rico*
*Supreme Court*
*San Juan, Puerto Rico*

# Certificate

*This is to certify that on 28th day of December, 1983*

**Guillermo F. DeGuzmán-Vendrell**

*was admitted by this Supreme Court to practice as an attorney at law on all the courts of the Commonwealth of Puerto Rico, after taking and passing the written bar examination and taking and subscribing the oath required by law. I further certify that* **Mr. DeGuzmán-Vendrell** *is in good standing on the Roll of Attorneys of this Court.*

In Witness Whereof, *Issue this certificate, on which I have cancelled an internal revenue stamp of one dollar, in the City of San Juan, Puerto Rico, this 21st day of December, 2007.*

_____
*Assistant Clerk*
*Supreme Court of Puerto Rico*



C01803424

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
TELE-GUÍA TALKING YELLOW           :
PAGES, INC.                         :
                                    :
    **Plaintiff-Counterclaim Defendant,**  :
                                    :   Civil Case No.: 07-civ-3948-DLC
v.                                  :
                                    :   ECF CASE
CABLEVISION SYSTEMS                 :
CORPORATION,                        :   TRIAL BY JURY DEMANDED
                                    :
    **Defendant-Counterclaimant.**       :
------------------------------------------------------------ X

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

    Upon the motion of Howard N. Aronson, attorney for Plaintiff Tele-Guia Talking Yellow Pages, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Guillermo F. DeGuzmán-Vendrell |
| Firm Name: | DeGuzmán Law Offices, PSC |
| Address: | 268 Ponce de León Avenue |
| | The Hato Rey Center, Suite 904 |
| | Hato Rey, Puerto Rico 00918 |
| Phone Number: | 787-756-2765 |
| Fax Number: | 787-756-4024 |
| Email Address: | gdeguzman@dgglawpr.com |

is admitted to practice pro hac vice as counsel for Plaintiff Tele-Guia Talking Yellow Pages, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorney's appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this practice is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January 2, 2008
       Scarsdale, New York

_____
United States District / Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the enclosed **MOTION TO ADMIT COUNSEL *PRO HAC VICE*** was served on Defendant Cablevision Systems Corporation on January 3, 2008 via U.S. 1st Class Mail, addressed to counsel for Defendant as follows:

> Benjamin Hershkowitz, Esq.
> Goodwin Proctor LLP
> 599 Lexington Avenue
> New York, New York 10022

Dated: Scarsdale, New York
January 3, 2008

*/s/ Nicole Saraco*
Nicole Saraco