```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TELE-GUIA TALKING YELLOW PAGES, INC.,   :
                  Plaintiff,            :
                                        :    07 CV 3948 (DLC)
      -v-                               :
                                        :         ORDER
CABLEVISION SYSTEMS CORPORATION,        :
                  Defendant.            :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On January 31, 2008, defendant's counsel submitted a letter to the Court concerning plaintiff's refusal to provide its infringement contentions in response to defendant's Interrogatory Request No. 4. Defendant's counsel requested a conference with the Court to address this dispute. Because plaintiff's counsel has not responded to defendant's letter and has not returned a phone call from the Court seeking to schedule a teleconference, it is hereby

   ORDERED that the plaintiff shall provide its infringement contentions in response to defendant's Interrogatory Request No. 4 no later than **February 15.**

   IT IS FURTHER ORDERED that the "Markman" motion shall be filed no later than **June 13.** Opposition is due no later than

**July 2**, and a reply, if any, is due no later than **July 16**.

SO ORDERED:

Dated:   New York, New York
         February 6, 2008

_____
Denise Cote
United States District Judge