```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
TELE-GUIA TALKING YELLOW PAGES, INC.,
                     Plaintiff,

       -v-                                          07 CV 3948 (DLC)

                                                    ORDER
CABLEVISION SYSTEMS CORPORATION,
                     Defendant.
------------------------------------------X

DENISE COTE, District Judge:

   Plaintiff filed a motion on January 25, 2008 requesting leave to file an amended complaint and to include an additional defendant. The motion is unopposed. It is hereby

   ORDERED that plaintiff's motion is granted. The amended complaint must be filed no later than February 15, 2008.

   IT IS FURTHER ORDERED that the amended complaint be served on defendants no later than March 7, 2008.

   IT IS FURTHER ORDERED that any party filing a motion in this case shall notify the Court of its motion by letter.

   SO ORDERED:

Dated:   New York, New York
         February 8, 2008

                                    _____
                                          Denise Cote
                                    United States District Judge