# MEMO ENDORSED
# Lackenbach
INTELLECTUAL PROPERTY
ATTORNEYS SINCE 1923 **Siegel, LLP**

February 14, 2008



RECEIVED
FEB 15 2008
CHAMBERS OF
DENISE COTE

**Via Facsimile: 212-805-7907**

Honorable Denise L. Cote
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

> *Re:* *Tele-Guia Talking Yellow Pages, Inc. v. Cablevision Systems Corporation*
> *Case No.: 07-cv-3948-DLC*

Dear Judge Cote:

We are counsel for Plaintiff in the above-referenced matter. We write with your permission asking for a brief suspension of the upcoming court ordered dates. Opposing counsel has been advised of this request and reserves the right to oppose this request if the settlement negotiations stall.

This is the first request for suspension of these dates, and the request is not brought for purposes of delay, but rather to allow the parties time to further negotiate settlement documents, which counsel are close to completing. For this reason, and to ensure that Plaintiff does not fall into technical default, we ask for a brief suspension of the upcoming court ordered dates, which are as follows: 1) Plaintiff is to respond to Defendant's Interrogatory No. 4 by tomorrow, February 15, 2008; 2) Plaintiff is to file the Amended Complaint by tomorrow, February 15, 2008; and 3) Plaintiff is to serve the Amended Complaint by March 7, 2008.

Thank you for your attention to this matter. We await your response.

*Denied. The schedule will only be suspended on a joint application representing that a settlement has been reached in principle. Denise Cote February 15, 2008*

Lackenbach Siegel LLP

S/ Howard N. Aronson
Howard N. Aronson
For the Firm

HNA/ns

cc: Benjamin Hershkowitz, Esq. email

O:\1 Documents\Tele Guia\2008\Nicole\Cablevision\02.14 Letter to Judge Cote.doc

LACKENBACH SIEGEL BUILDING, ONE CHASE ROAD, SCARSDALE, NEW YORK 10583 U.S.A.
TELEPHONE: (914)723-4300   FACSIMILE: (914)723-4301   e-Mail: mail@Lackenbach.com
TOTAL P.01