UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | 07-cv-3948-DLC <br><br> **Jury Trial Demanded** <br><br> **ECF Case** |

## STIPULATED MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff Tele-Guia Talking Yellow Pages, Inc. and Defendant Cablevision Systems Corporation hereby move for an order dismissing Plaintiff's claims in their entirety, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees. The parties further move for an order dismissing Defendant's counterclaims in their entirety, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees. The parties further request that this Court maintain jurisdiction over any dispute that arises between the parties related to the subject matter of this case.

Dated: **February 15, 2008**

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., | CABLEVISION SYSTEMS CORPORATION, |
| By its attorneys, | By its attorneys, |

*[signature]*  *[signatures]*

| | |
|---|---|
| Howard N. Aronson (HA 6743) | Benjamin Hershkowitz (BH 7256) |
| Robert B. Golden (RG 6157) | Michael S. DeVincenzo (MD 2536) |
| LACKENBACH SIEGEL LLP | Bradley W. Micsky (BM 9447) |
| One Chase Road | Charles Wizenfeld (CW 2004) |
| Scarsdale, NY 10583 | GOODWIN PROCTER LLP |
| Tel.: 914.723.4300 | 599 Lexington Avenue |
| Fax: 914.723.4301 | New York, NY 10022 |
| haronson@lsllp.com | Tel.: 212.813.8800 |
| rgolden@lsllp.com | Fax: 212.355.3333 |
| | bhershkowitz@goodwinprocter.com |
| | mdevincenzo@goodwinprocter.com |
| | bmicsky@goodwinprocter.com |
| | cwizenfeld@goodwinprocter.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the enclosed STIPULATED MOTION FOR DISMISSAL AND PROPOSED ORDER was served on Defendant Cablevision Systems Corporation on February 15, 2008, via U.S. 1st Class Mail and via email addressed to counsel for Defendant as follows:

> Benjamin Hershkowitz, Esq.
> Goodwin Procter LLP
> 599 Lexington Avenue
> New York, New York 10022
> bhershkowitz@goodwinprocter.com

Dated: Scarsdale, New York
       February 15, 2008

_____
Nicole Saraco