UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELE-GUIA TALKING YELLOW PAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLEVISION SYSTEMS CORPORATION, <br><br> Defendant. | 07-cv-3948-DLC <br><br> **Jury Trial Demanded** <br><br> **ECF Case** |

### [PROPOSED] ORDER OF DISMISSAL

It is hereby ORDERED that all claims or causes of action asserted in this suit by Plaintiff Tele-Guia Talking Yellow Pages, Inc. against Defendant Cablevision Systems Corporation are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all claims or causes of action asserted in this suit by Defendant Cablevision Systems Corporation against Plaintiff Tele-Guia Talking Yellow Pages, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own costs, expenses and attorneys' fees.

It is further ORDERED that this Court will retain jurisdiction over any dispute that arises between the parties related to the subject matter of this case.

Dated: _____

                                                        _____
                                                        Hon. Denise L. Cote
                                                        United States District Judge