```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
TELE-GUIA TALKING YELLOW PAGES, INC., :
                          Plaintiff,  :
                                      :   07 Civ. 3948 (DLC)
          -v-                         :
                                      :   ORDER OF
CABLEVISION SYSTEMS CORPORATION,      :   DISCONTINUANCE
                          Defendant.  :
                                      :
-------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:    New York, New York
          February 15, 2008

                              _____
                                      DENISE COTE
                              United States District Judge