UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

TELE-GUIA TALKING YELLOW PAGES, INC.,

Plaintiff,

v.

CABLEVISION SYSTEMS CORPORATION,

Defendant.

07-cv-3948-DLC

Jury Trial Demanded

ECF Case

## ~~[PROPOSED]~~ ORDER OF DISMISSAL

It is hereby ORDERED that all claims or causes of action asserted in this suit by Plaintiff Tele-Guia Talking Yellow Pages, Inc. against Defendant Cablevision Systems Corporation are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all claims or causes of action asserted in this suit by Defendant Cablevision Systems Corporation against Plaintiff Tele-Guia Talking Yellow Pages, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own costs, expenses and attorneys' fees.

*Any pending motion is terminated.*

*/s/ Denise Cote*

*February 19, 2008*

4